UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| PROGRESSIVE PLUMBING, INC. | Chapter 11 |
| | Case No.: 6:15-bk-07275-KSJ |
| PROGRESSIVE SERVICES, LLC and | JOINTLY ADMINISTERED WITH |
| GRACIOUS LIVING DESIGN | Case No.: 6:15-bk-07276-KSJ |
| CENTER, INC. | Case No. 6:15-bk-07277-KSJ |

       Debtors.
_____/

KELLOGG & KIMSEY, INC.
a Florida Corporation,                                  Adv. Case No.: 6:17-ap-00044-KSJ

       Plaintiff

v.

PROGRESSIVE PLUMBING, INC.,
a Florida Corporation, ALLIED WORLD
SPECIALITY INSURANCE COMPANY,
a Foreign Profit Corporation,

_____/

## NOTICE OF APPEARANCE

Please take notice that Roman V. Hammes, Esq. of the law firm Roman V. Hammes, P.L., hereby enters his appearance on behalf of Debtor, Progressive Plumbing Inc.

The undersigned respectfully requests that counsel for the Plaintiff, the Court and all other parties serve copies of all pleadings, notices, orders and other papers filed in the

2

above case to him at the address below.

/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 87250
Roman V. Hammes, P.L.
1920 North Orange Ave
Suite 100
Orlando, FL 32801
Telephone: (407) 650-0003
Email: roman@romanvhammes.com

Attorney for Progressive Plumbing, Inc.

**Certificate of Service**

I certify that on May 10, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Roman V. Hammes
Roman V. Hammes