UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  CHAPTER 11
 CASE NO.: 6:15-BK-07275-KSJ

PROGRESSIVE PLUMBING, INC.,

    Debtor.
_____/

KELLOGG & KIMSEY, INC.
A Florida Corporation,

    Plaintiff,

v.  Adv. Case No.: 6:17-AP-00044-KSJ

PROGRESSIVE PLUMBING, INC.,
ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

PROGRESSIVE PLUMBING, INC.,

    Counterclaim Plaintiff,
v.

KELLOGG & KIMSEY, INC.,

    Counterclaim Defendant.
_____/

PROGRESSIVE PLUMBING, INC.,

    Cross-Claim Plaintiff,
v.

ALLIED WORLD SPECIALTY
INSURNACE COMPANY

    Cross-Claim Defendant.
_____/

1

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Michael A. Nardella of the firm of Nardella & Nardella, PLLC, 250 East Colonial Drive, Suite 102, Orlando, Florida 32801, pursuant to, *inter alia*, F.R.B.P. Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, files this Notice of Appearance as co-counsel of record in this adversary proceeding for Defendant, Progressive Plumbing, Inc.

Pursuant to F.R.B.P. 2002(a),(b),(c), and (i) the undersigned does hereby request that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add them to the matrix in this case.

By filing this Notice of Appearance, Michael A. Nardella, Nardella & Nardella, PLLC, and/or Progressive Plumbing, Inc., neither consent to nor waive (as applicable) any of the following: (i) any objection they might have to the jurisdiction of the Bankruptcy Court to determine any specific adversary proceeding or contested matter, (ii) that any specific adversary proceeding or contested matter is a core proceeding within the meaning of 27 U.S.C. §157; (iii) that the Bankruptcy Court may enter a final order or judgment in any non-core proceeding; (iv) any right to jury trial to which they may otherwise be entitled pursuant to the United States Constitution or other applicable law; or (v) that the Bankruptcy Court may conduct any jury trial to which Danny Goodman, Jr., plaintiff and debtor, may otherwise be entitled.

RESPECTFULLY SUBMITTED this 10th day of May, 2017.

        */s/ Michael A. Nardella*
        Michael A. Nardella, Esquire
        Florida Bar No. 51265
        **Nardella & Nardella, PLLC**
        200 South Orange Avenue, Suite 800
        Orlando, Florida  32801
        Phone:  (407) 966-2680
        Fax: (407) 966-2681
        E-mail: mnardella@nardellalaw.com

        **ATTORNEYS FOR PROGRESSIVE PLUMBING, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system on the 10th day of May, 2017 to all parties receiving CM/ECF service.

        */s/ Michael A. Nardella*
        Michael A. Nardella, Esquire