UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

PROGRESSIVE PLUMBING, INC.  Chapter 11
　　　　　　　　　　　　　　　　 Case No.: 6:15-bk-07275-KSJ

PROGRESSIVE SERVICES, LLC and
GRACIOUS LIVING DESIGN　　　 JOINTLY ADMINISTERED WITH
CENTER, INC.　　　　　　　　　 Case No.: 6:15-bk-07276-KSJ
　　　　　　　　　　　　　　　　 Case No. 6:15-bk-07277-KSJ

　　　　Debtors.
_____/

KELLOGG & KIMSEY, INC.
a Florida Corporation,　　　　　　 Adv. Case No.: 6:17-ap-00044-KSJ

　　　　Plaintiff,
v.

PROGRESSIVE PLUMBING, INC.,
a Florida Corporation, ALLIED WORLD
SPECIALITY INSURANCE COMPANY,
a Foreign Profit Corporation,

　　　　Defendant.
_____/

PROGRESSIVE PLUMBING, INC.,

　　　　Counterclaim Plaintiff,

v

KELLOGG & KIMSEY, INC.,

　　　　Counterclaim-Defendant,
_____/

PROGRESSIVE PLUMBING, INC.,

　　　　Cross-Claim Plantiff,

v

ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

      Cross-Claim Defendant.
_____/

**PROGRESSIVE PLUMBING, INC.'S ANSWER TO CROSS
CLAIM OF ALLIED WORLD SPECIALTY INSURANCE COMPANY**

Progressive Plumbing, Inc. ("Progressive") hereby files its Answer to Cross Claim of Allied World Specialty Insurance Company("Allied World") (Doc. No. 13), and responds in like numbered paragraphs as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Admitted.
13. Admitted.
14. Admitted.
15. Admitted.

16. Progressive restates its responses to paragraphs 1-15 herein.

17. Admit that the parties need declaratory relief from the Court.

18. Admit that the parties need declaratory relief from the Court.

RESPECTFULLY SUBMITTED this 11th day of May, 2017.

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
Nardella & Nardella, PLLC
250 East Colonial Drive, Suite 102 Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com

/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 087250
Roman V. Hammes, P.L.
1920 North Orange Ave
Suite 100
Orlando, FL 32804
Telephone (407) 650-0003
roman@romanvhammes.com

Attorneys for Progressive Plumbing, Inc.

**Certificate of Service**

I certify that on May 11, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Roman V. Hammes
Roman V. Hammes