United States Bankruptcy Court
Middle District of Florida

Kellogg & Kimsey, Inc. A Florida Corpora,
    Plaintiff

Adv. Proc. No. 17-00044-KSJ

Progressive Plumbing, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 113A-6 | User: hmary | Page 1 of 1 | Date Rcvd: May 23, 2017 |
| | Form ID: pdfdoc | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2017.
cd         +Kellogg & Kimsey, Inc.,   6077 Clark Center Avenue,   Sarasota, FL 34238-2718
          +M Lewis Hall III Esq,   200 South Orange Avenue,   Sarasota, FL 34236-6802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2017 at the address(es) listed below:
        Jonathan P Cohen   on behalf of Cross-Claimant   Allied World Specialty Insurance Company
         jcohen@jcohenpa.com,   service@jcohenpa.com,jstone@manierherod.com,jgillum@manierherod.com
        Michael A Nardella   on behalf of Defendant   Progressive Plumbing, Inc.
         mnardella@nardellalaw.com,   afebres@nardellalaw.com;msayne@nardellalaw.com
        Roman V Hammes   on behalf of Cross Defendant   Progressive Plumbing, Inc. roman@romanvhammes.com,
         kim@romanvhammes.com
        Roman V Hammes   on behalf of Defendant   Progressive Plumbing, Inc. roman@romanvhammes.com,
         kim@romanvhammes.com
                                                                                                            TOTAL: 4

ORDERED.

Dated: May 23, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CHAPTER 11<br>CASE NO.: 6:15-BK-07275-KSJ |
| PROGRESSIVE PLUMBING, INC., | |
| PROGRESSIVE SERVICES, LLC and<br>GRACIOUS LIVING DESIGN<br>CENTER, INC. | JOINTLY ADMINISTERED WITH<br>CASE NO.: 6:15-BK-07276-KSJ<br>CASE NO.: 6:15-BK-07277-KSJ |
|     Debtors.<br>_____/ | |
| KELLOGG & KIMSEY, INC.<br>A Florida Corporation, | |
|   Plaintiff | |
| v. | Adv. Case No.: 6:17-ap-00044-KSJ |
| PROGRESSIVE PLUMBING, INC.,<br>A Florida Corporation, ALLIED WORLD<br>SPECIALTY INSURANCE COMPANY,<br>a Foreign Profit Corporation<br>_____/ | |
| PROGRESSIVE PLUMBING, INC., | |
|     Counterclaim Plaintiff, | |
| v. | |

1

KELLOGG & KIMSEY, INC.,

    Counterclaim Defendant,

_____/

PROGRESSIVE PLUMBING, INC.,

    Cross-Claim Plaintiff,

v.

ALLIED WORLD SPECIALTY
INSURANCE COMPANY

    Cross-Claim Defendant

_____/

## ORDER ON MEETING OF PARTIES

This case came on for a Pretrial hearing on May 15, 2017, the parties requested an Order from the Court allowing Counsel to meet by telephone for the Fed. R. Civ. P. 26(f) conference. Based on the representations made in open court, it is:

ORDERED:

1. The request is GRANTED.

2. The parties shall file the Case Management Report on or before June 14, 2017.

Attorney M. Lewis Hall, III, is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of entry of this Order.

4162652.v1