UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

PROGRESSIVE PLUMBING, INC.                     Chapter 11
                                                Case No.: 6:15-bk-07275-KSJ

PROGRESSIVE SERVICES, LLC and
GRACIOUS LIVING DESIGN                          JOINTLY ADMINISTERED WITH
CENTER, INC.                                    Case No.: 6:15-bk-07276-KSJ
                                                Case No. 6:15-bk-07277-KSJ

              Debtors.
_____/

KELLOGG & KIMSEY, INC.
a Florida Corporation,                          Adv. Case No.: 6:17-ap-00044-KSJ

              Plaintiff,

v.

PROGRESSIVE PLUMBING, INC.,
a Florida Corporation, ALLIED WORLD
SPECIALITY INSURANCE COMPANY,
a Foreign Profit Corporation,

              Defendant.
_____/

PROGRESSIVE PLUMBING, INC.,

              Counterclaim Plaintiff,

v

KELLOGG & KIMSEY, INC.,

              Counterclaim-Defendant,
_____/

PROGRESSIVE PLUMBING, INC.,

              Cross-Claim Plantiff,

v

ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

          Cross-Claim Defendant.

_____/

**PROGRESSIVE PLUMBING, INC.'S ANSWER TO AMENDED
CROSS CLAIM AND COUNTER CLAIM OF ALLIED
WORLD SPECIALTY INSURANCE COMPANY**

Progressive Plumbing, Inc. ("Progressive") hereby files its Answer to Amended

Cross Claim and Counter Claim of Allied World Specialty Insurance Company("Allied

World") (Doc. No. 20), and responds in like numbered paragraphs as follows:

PARTIES, JURISDICTION AND VENUE

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Admitted.

8.      Admitted.

FACTUAL ALLEGATIONS

9.      Admitted.

10.     Admitted.

11.     Admitted.

12.     Admitted.

13.     Admitted.

14.     Admitted.

15.     Admitted.

16.     Admitted.

17.     Admitted.

18.     Admitted.

19.     Progressive is without knowledge or information sufficient to form a belief as to

the allegations contain in paragraph 19, therefore denied.

20.     Paragraph 20 calls for a legal conclusion, therefore denied.

## COUNT I-DECLARATORY JUDGMENT
### (Bankruptcy Plan-Progressive)

21.     Progressive restates its responses to paragraphs 1-20 herein.

22.     Progressive admits only that the parties need declaratory relief from the Court,

otherwise denied.

23.     Progressive admits only that the parties need declaratory relief from the Court,

otherwise denied.

## COUNT II-DECLARATORY JUDGMENT
### (Tennessee Lawsuit-cross-claim against Progressive)

24.     Progressive restates its responses to paragraphs 1-20 herein.

25.     Progressive admits only that the parties need declaratory relief from the Court,

otherwise denied.

RESPECTFULLY SUBMITTED this 21st day of June, 2017.

/s/ Michael A. Nardella
Michael A. Nardella, Esq.
Florida Bar No. 051265
Nardella & Nardella, PLLC
 250 East Colonial Drive, Suite 102 Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com


/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 087250
Roman V. Hammes, P.L.
1920 North Orange Ave
Suite 100
Orlando, FL 32804
Telephone (407) 650-0003
roman@romanvhammes.com

Attorneys for Progressive Plumbing, Inc.

### Certificate of Service

I certify that on June 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.


/s/ Roman V. Hammes
Roman V. Hammes