UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CHAPTER 11 |
| | CASE NO.: 6:15-BK-07275-KSJ |
| PROGRESSIVE PLUMBING, INC., | |
| | |
| PROGRESSIVE SERVICES, LLC and | JOINTLY ADMINISTERED WITH |
| GRACIOUS LIVING DESIGN | CASE NO.: 6:15-BK-07276-KSJ |
| CENTER, INC. | CASE NO.: 6:15-BK-07277-KSJ |

        Debtors.
_____/

KELLOGG & KIMSEY, INC.
A Florida Corporation,

    Plaintiff

v.                                                                                       Adv. Case No.:  6:17-AP-00044-KSJ

PROGRESSIVE PLUMBING, INC.,
A Florida Corporation, ALLIED WORLD
SPECIALTY INSURANCE COMPANY,
a Foreign Profit Corporation,

    Defendants.
_____/

PROGRESSIVE PLUMBING, INC.,

    Counter-Plaintiff,

v.

KELLOGG & KIMSEY, INC.,

    Counter-Defendant.
_____/

PROGRESSIVE PLUMBING, INC.,
    Cross-Plaintiff,

v.

ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

    Cross-Defendant.
_____/

ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

    Cross-Plaintiff,

v.

PROGRESSIVE PLUMBING, INC.,

    Cross-Defendant.
_____/

**JOINT MOTION FOR EXTENSION/CONTINUANCE OF PRETRIAL DEADLINES**

COMES NOW, the Plaintiff, KELLOGG & KIMSEY INC. ("K&K"), and Defendants, ALLIED WORLD SPECIALTY INSURANCE COMPANY ("ALLIED") and PROGRESSIVE PLUMBING, INC. ("PROGRESSIVE"), by and through their respective undersigned counsel, and pursuant to Local Rules 5071-1 and 7001-1, and hereby file this, the Parties' Joint Motion for Extension/Continuance of Pretrial Deadlines, and would state as support therefor as follows:

1. The Parties submitted on June 14, 2017 a Case Management Report [Doc. No. 26] outlining a number of case deadlines[1].

2. The Court thereafter entered an Order on July 26, 2017 approving the Case Management Report deadlines [Doc. No. 33].

---

[1] The Case Management Report follows a format traditionally used in the Middle District and includes some dates agreed upon by the Parties which, on retrospect, are nonsensical—e.g., the Pretrial Statement is due before the meeting to prepare the Pretrial Statement.

3. However, the deadlines agreed by the Parties were in derogation of those provided under Local Rules 7001-1(k)(4), which allow discovery to continue until seven (7) days prior to trial.

4. Further, the Parties have engaged in discovery in a diligent manner and have cooperated with one another, but are in need of addition time in which to conduct discovery due to the following:

   a. Voluminous document production, which is expected to amount to tens of thousands of pages of materials;

   b. A deposition schedule which must allow for depositions in at least two—and possibly up to four—states;

   c. Likely more than ten and possibly more than fifteen fact witnesses; and

   d. Coordination of numerous expert, client, and attorney calendars for scheduling purposes.

5. The Parties have exchanged written discovery requests in time for all responses between the Parties to be provided within the original discovery deadline and have agreed to block off (and have cleared dates and times) to allow for the following schedule:

   a. Depositions of third-party witnesses in Tennessee during the period of November 30 through December 1, 2017;

   b. Depositions of corporate representatives of K&K and PROGRESSIVE, as well as those third-party witnesses based in Florida during the period of December 8 through 19, 2017;

   c. Deposition of ALLIED corporate representatives in or about January 8-10; and

    d. Depositions of expert witnesses for K&K and ALLIED during the period of January 15-24, 2018.

6. The Parties have agreed and to keep the current November 30, 2017 deadline for written discovery between and among the Parties, but to continue and extend the discovery deadline for completion of all depositions until January 31, 2018.

7. The Parties wish to set a deadline for supplemental expert reports for the current experts of K&K and ALLIED, such reports to be due on or before January 10, 2018.

8. The Parties' have agreed and would propose to the Court the following changes to related case deadlines:

    a. Dispositive, *Daubert*, and *Markman* Motion Deadline    February 15, 2018

    b. All other motions, including Motions in Limine    February 22, 2018

    c. Meeting in Person to Prepare Joint Pretrial Statement    February 22, 2018

    d. Pretrial Statement Deadline    March 7, 2018

    e. Final Pretrial Conference    March 31, 2018

    f. Trial Period    May 1, 2018

9. The Parties represent that the instant motion is not being interposed for purposes of delay and that no party will be prejudiced by the granting of the relief requested herein (but, rather, the Parties would be prejudiced by a refusal to grant additional time to prepare this action for a trial on the merits as disclosed through ongoing discovery) and request the Court find good cause shown for continuance and extension of the case deadlines as requested herein.

Respectfully submitted this 9th day of November, 2017.

<table>
<tr><td>

GURLEY ■ VITALE

*/s/ David E. Gurley*
David E. Gurley, FBN 0402214
dgurley@GurleyVitale.com
Secondary: eservice@GurleyVitale.com
Jennie Z. Lippert FBN 98184
jlippert@GurleyVitale.com
Secondary: eservice@GurleyVitale.com
601 S. Osprey Avenue
Sarasota, FL 34236
Telephone: (941) 365-4501
Facsimile: (941) 365-2916
*Attorneys or Kellogg and Kimsey, Inc.*

WILLIAMS PARKER HARRISON
    DIETZ & GETZEN

*/s/ M. Lewis Hall, III,*
M. Lewis Hall, III, Esq.
Florida Bar No. 0249513
200 South Orange Avenue
Sarasota, FL 34236
Email: lhall@williamsparker.com
Secondary: mwengerd@williamsparker.com
Telephone: (941)366-4800
Fax: (941)954-3172
*Attorneys for Kellogg & Kimsey, Inc.*

</td><td>

NARDELLA & NARDELLA, PLLC

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.
Florida Bar No. 051265
250 East Colonial Drive, Suite 102
Orlando, FL 32801
(407) 966-2680
mnardella@nardellalaw.com
*Counsel for Reorganized Debtor*
With Permission

JONATHAN P. COHEN, P.A.

*/s/ Jonathan P. Cohen*
Jonathan P. Cohen, Esq.
Florida Bar No. 11526
500 East Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Telephone: (954) 462-8850
Facsimile: (954) 848-2987
jcohen@jcohenpa.com
service@jcohenpa.com
*Counsel for Allied World Specialty Insurance Company*
With Permission

</td></tr>
</table>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 9th, 2017, I electronically served a true and correct copy of the foregoing via electronic mail to the following: Jonathan P. Cohen on behalf of Allied World Specialty Insurance Company at jcohen@jcohenpa.com service@jcohenpa.com jstone@manierherod.com and jgillum@manierherod.com; Roman V. Hammes on behalf of Progressive Plumbing, Inc. at roman@romanvhammes.com and kim@romanvhammes.com; and Michael A. Nardella on behalf of Defendant Progressive Plumbing, Inc. at mnardella@nardellalaw.com afebres@nardellalaw.com and msayne@nardellalaw.com.

**GURLEY VITALE**

By: */s/ David E. Gurley*
David E. Gurley, FBN 0402214
dgurley@GurleyVitale.com
Secondary: eservice@GurleyVitale.com
Jennie Z. Lippert FBN 98184
jlippert@GurleyVitale.com
Secondary: eservice@GurleyVitale.com
601 S. Osprey Avenue
Sarasota, FL 34236
Telephone: (941) 365-4501
Facsimile: (941) 365-2916
*Attorneys or Kellogg and Kimsey, Inc.*

and

WILLIAMS PARKER HARRISON
    DIETZ & GETZEN

/s/ M. Lewis Hall, III
M. Lewis Hall, III, Esq.
Florida Bar No. 0249513
200 South Orange Avenue
Sarasota, FL 34236
Email: lhall@williamsparker.com
Secondary Email: mwengerd@williamsparker.com
Telephone: (941)366-4800
Fax: (941)954-3172
*Attorneys for Creditor, Kellogg & Kimsey, Inc.*