UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                CHAPTER 11
                                                                      CASE NO.: 6:15-BK-07275-KSJ
PROGRESSIVE PLUMBING, INC.,
PROGRESSIVE SERVICES, LLC and                                         JOINTLY ADMINISTERED WITH
GRACIOUS LIVING DESIGN                                                CASE NO.: 6:15-BK-07276-KSJ
CENTER, INC.                                                          CASE NO.: 6:15-BK-07277-KSJ

    Debtors.
_____/

KELLOGG & KIMSEY, INC.
A Florida Corporation,

    Plaintiff

v.                                                                    Adv. Case No.: 6:17-ap-00044-KSJ

PROGRESSIVE PLUMBING, INC.,
A Florida Corporation, ALLIED WORLD
SPECIALTY INSURANCE COMPANY,
A Foreign Profit Corporation

    Defendants.
_____/

PROGRESSIVE PLUMBING, INC.,

    Counter-Plaintiff,

v.

KELLOGG & KIMSEY, INC.,

    Counter-Defendant.
_____/

PROGRESSIVE PLUMBING, INC.,

    Cross-Plaintiff,

v.
ALLIED WORLD SPECIALTY

1

INSURANCE COMPANY,

  Cross-Defendant.
_____/

ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

  Cross-Plaintiff,

v.

PROGRESSIVE PLUMBING, INC.,

  Cross-Defendant.
_____/

## CORRECTED JOINT PRETRIAL STATEMENT

The following is a proposed Pretrial Statement filed jointly by all parties: Plaintiff/Counter-Defendant, Kellogg & Kimsey, Inc. ("K&K"), Defendant/Counter-Plaintiff, Progressive Plumbing, Inc. ("Progressive"), and Defendant/Cross-Defendant, Allied World Specialty Insurance Company ("Allied") to be considered at the Final Pretrial Conference on August \_\_, 2018.

1. **Names, addresses, and telephone numbers of trial counsel:**

    a. Joseph M. Herbert, Esq.
       David E. Gurley, Esq.
       Gurley & Associates
       1401 E. Broward Blvd.
       601 S. Osprey Avenue
       Sarasota, FL 34236
       Telephone: (941) 365-4501
       Counsel for K&K

    b. Michael A. Nardella, Esq.
       Nardella & Nardella, PLLC
       250 East Colonial Drive, Suite 102
       Orlando, FL 32801
       Telephone: (407) 966-2680
       Co-counsel for Progressive

    c. Christine Irwin Parrish, Esq.

2

      Christine Irwin Parrish, P.A.
      Telephone: (321) 278-6009
      Co-counsel for Progressive

  d. Jonathan P. Cohen, Esq.
      Jonathan P. Cohen, P.A.
      500 East Broward Blvd., Suite 1710
      Fort Lauderdale, FL 33394
      Telephone: (954) 462-8850
      Counsel for Allied

**2. Whether this case is to be tried with or without a jury:**

  a. This case is to be tried without a jury.

**3. Pretrial Statement**

  a. K&K's pretrial statement is attached as Exhibit K1.

  b. Progressive's pretrial statement is attached as Exhibit P1.

  c. Allied's pretrial statement is attached as Exhibit A1.

**4. Stipulated facts:**

  a. The parties have not yet reached a stipulation as to any facts.

**5. Jurisdiction:**

  a. Jurisdiction is not disputed. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334, & 1367. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (E) & (O).

**6. Issues of Law:**

  a. Law of the case:

  b. The parties have not yet reached a stipulation as to any issues of law.

  c. K&K's contested Issues of Law are attached as Exhibit K2.

  d. Progressive's contested Issues of Law are attached as Exhibit P2.

  e. Allied's contested Issues of Law will be supplemented as Exhibit A2.

7. **The names and address of witnesses who shall testify at the trial, and the purpose of the testimony of each witness:**

    a. K&K's Witness list is attached hereto as Exhibit K3.

    b. Progressive's Witness list is attached hereto as Exhibit P3.

    c. Allied World's Witness list is attached hereto as Exhibit A3.

8. **Pretrial Motions:**

    a. The Court's recent Order sets forth those motions set to be heard during trial.

9. **Length of Trial:** The parties believe that the trial shall not exceed five (5) trial days.

10. **Exhibit Lists**

    a. K&K's Exhibit list is attached hereto as Exhibit K4.

    b. Progressive's Exhibit list is attached hereto as Exhibit P4.

    c. Allied World's Exhibit list is attached hereto as Exhibit A4

DATED THIS 19th Day of September, 2018.

| | |
|---|---|
| **GURLEY & ASSOCIATES**<br><br>By: */s/ Joseph M. Herbert*<br>David E. Gurley, FBN 0402214<br>dgurley@GurleyAssociates.com<br>Secondary:<br>eservice@GurleyAssociates.com<br>Joseph M. Herbert FBN 084260<br>jherbert@GurleyAssociates.com<br>Secondary:<br>eservice@GurleyAssociates.com<br>601 S. Osprey Avenue<br>Sarasota, FL 34236<br>Telephone: (941) 365-4501<br>Facsimile: (941) 365-2916<br>*Attorneys for Kellogg and Kimsey, Inc.*<br><br>And<br><br>WILLIAMS PARKER HARRISON DIETZ & GETZEN<br><br>/s/ M. Lewis Hall, III<br>M. Lewis Hall, III, Esq.<br>Florida Bar No. 0249513<br>200 South Orange Avenue<br>Sarasota, FL 34236<br>Email: lhall@williamsparker.com<br>Secondary Email:<br>mwengerd@williamsparker.com<br>Telephone: (941)366-4800<br>Fax: (941)954-3172<br>*Attorneys for Creditor, Kellogg & Kimsey, Inc.* | */s/ Michael A. Nardella, Esq.*<br>Michael A. Nardella, Esq.<br>Florida Bar No. 051265<br>Nardella & Nardella, PLLC<br>250 East Colonial Drive, Suite 102<br>Orlando, FL 32801<br>Telephone: (407) 966-2680<br>Email: mnardella@nardellalaw.com<br>service@nardellalaw.com<br><br>*/s/ Christine Irwin Parrish, Esq.*<br>Christine Irwin Parrish, Esq.<br>Florida Bar No. 0014404<br>Christine Irwin Parrish, P.A.<br>9815 Buckhead Ct<br>Windermere, FL 34786<br>Telephone: (321) 278-6009<br>Email: christy@cparrishlaw.com<br><br>*Attorneys for Debtor/Defendant*<br><br>*/s/ Jonathan P. Cohen, Esq.*<br>Jonathan P. Cohen, Esq.<br>Florida Bar No. 11526<br>Jonathan P. Cohen, P.A.<br>500 East Broward Blvd., Suite 1710<br>Fort Lauderdale, FL 33394<br>Telephone: (954) 462-8850<br>*Counsel for Allied World* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was furnished via electronic mail on this 19th day of September, 2018, to all counsel of record.

**GURLEY & ASSOCIATES**

By: */s/ Joseph M. Herbert*
David E. Gurley, FBN 0402214
dgurley@GurleyAssociates.com
Secondary: eservice@GurleyAssociates.com
Joseph M. Herbert FBN 084260
jherbert@GurleyAssociates.com
Secondary: eservice@GurleyAssociates.com
601 S. Osprey Avenue
Sarasota, FL 34236
Telephone: (941) 365-4501
Facsimile: (941) 365-2916
*Attorneys for Kellogg and Kimsey, Inc.*

And

WILLIAMS PARKER HARRISON
DIETZ & GETZEN
/s/ M. Lewis Hall, III
M. Lewis Hall, III, Esq.
Florida Bar No. 0249513
200 South Orange Avenue
Sarasota, FL 34236
Email: lhall@williamsparker.com
Secondary Email: mwengerd@williamsparker.com
Telephone: (941)366-4800
Fax: (941)954-3172
*Attorneys for Creditor, Kellogg & Kimsey, Inc.*