UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CHAPTER 11<br>CASE NO.: 6:15-BK-07275-KSJ |
| PROGRESSIVE PLUMBING, INC.,<br>PROGRESSIVE SERVICES, LLC and<br>GRACIOUS LIVING DESIGN<br>CENTER, INC.<br>　　　　　　Debtors.<br>_____/ | JOINTLY ADMINISTERED WITH<br>CASE NO.: 6:15-BK-07276-KSJ<br>CASE NO.: 6:15-BK-07277-KSJ |
| KELLOGG & KIMSEY, INC.<br>a Florida Corporation,<br>　　　　　　Plaintiff, | |
| v. | Adv. Case No.: 6:17-ap-00044-KSJ |
| PROGRESSIVE PLUMBING, INC., a<br>Florida Corporation, ALLIED WORLD<br>SPECIALTY INSURANCE COMPANY,<br>a Foreign Profit Corporation,<br>　　　　　　Defendants,<br>_____/ | |
| PROGRESSIVE PLUMBING, INC.,<br>　　　　　　Counterclaim Plaintiff, | |
| v. | |
| KELLOGG & KIMSEY, INC.,<br>　　　　　　Counterclaim Defendant,<br>_____/ | |
| PROGRESSIVE PLUMBING, INC.,<br>　　　　　　Cross-Claim Plaintiff, | |
| v. | |
| ALLIED WORLD SPECIALTY<br>INSURANCE COMPANY<br>　　　　　　Cross-Claim Defendant<br>_____/ | |

**DEFENDANT, PROGRESSIVE PLUMBING, INC.'S EXHIBIT LIST**
(Trial in Adversary Proceeding)
Trial Date: September 24-28, 2018

| Exh. # | Document Description | Depo Ex # | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| 1. | Construction Contract between K&K and Progressive dated February 22, 2013 | Lawson 2 | | | |
| 2. | AIA Document 101-1997 Construction Contract between Ace Hospitality and K&K for the 1800 West End Project | Doughty 115 | | | |
| 3. | March 18, 2015, Prompt Pay Act Notice of Intent to Seek Relief sent to K&K | | | | ? |
| 4. | May 5, 2015, Prompt Pay Act Notice of Intent to Seek Relief sent to K&K | | | | ? |
| 5. | Progressive Change Order #1 to Kellogg & Kimsey (K&K024626) | | | | |
| 6. | Progressive Change Order #2 to Kellogg & Kimsey (K&K024627) | | | | |
| 7. | Progressive Change Order #3 to Kellogg & Kimsey (K&K024626) | | | | |
| 8. | Progressive Change Order #4 to Kellogg & Kimsey (K&K000008-K$K000009) | | | | |
| 9. | Progressive Change Order #6 to Kellogg & Kimsey (Progressive-KK-0013985 – Progressive-KK-0013988) | Reed 168 | | | |
| 10. | Progressive Change Order #7 to Kellogg & Kimsey (Progressive-KK-0014360 – Progressive-KK-0014048) | | | | |
| 11. | Progressive Change Order #8 to Kellogg & Kimsey (Progressive-KK-0014049 – Progressive-KK-0014????) | | | | |
| 12. | Progressive Change Order #9 to Kellogg & Kimsey (Progressive-KK-0014058 – Progressive-KK-0014???) | | | | |
| 13. | Progressive Change Order #10 to Kellogg & Kimsey (Progressive-KK-0014063 – Progressive-KK-0014???) | | | | |
| 14. | Progressive Change Order #10R to Kellogg & Kimsey (Progressive-KK-0014731 – Progressive-KK-0014733) | | | | |

| Exh. # | Document Description | Depo Ex # | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| 15. | Progressive Change Order #11 to Kellogg & Kimsey (Progressive-KK-0014730 – Progressive-KK-0014???) | | | | |
| 16. | Progressive Change Order #12 to Kellogg & Kimsey | | | | |
| 17. | Progressive Change Order #13 to Kellogg & Kimsey | | | | |
| 18. | Progressive Change Order #14 to Kellogg & Kimsey (K&K023244-K&K023247) | | | | |
| 19. | Progressive Change Order #15 to Kellogg & Kimsey (K&K023249-K&K023266) | | | | |
| 20. | Progressive Change Order #16 to Kellogg & Kimsey (K&K023267-K&K023269) | | | | |
| 21. | Progressive Change Order #17 to Kellogg & Kimsey (K&K023270-K&K023272) | | | | |
| 22. | Progressive Change Order #18 to Kellogg & Kimsey (K&K023273-K&K023281) | | | | |
| 23. | Progressive Change Order #19 to Kellogg & Kimsey (K&K023282-K&K023284) | | | | |
| 24. | Progressive Change Order #20 to Kellogg & Kimsey (K&K023285-K&K023285) | | | | |
| 25. | Progressive Change Order #21 to Kellogg & Kimsey (K&K023299-K&K023303) | | | | |
| 26. | Progressive Change Order #22 to Kellogg & Kimsey (K&K023304-K&K023312) | | | | |
| 27. | Progressive Change Order #23 to Kellogg & Kimsey (K&K023313-K&K023316) | | | | |
| 28. | Progressive Change Order #24 to Kellogg & Kimsey (K&K023317-K&K023325) | | | | |
| 29. | Progressive Change Order #25 to Kellogg & Kimsey (K&K023326-K&K023329) | | | | |
| 30. | Progressive Change Order #26 to Kellogg & Kimsey (K&K023330-K&K023333) | | | | |
| 31. | Progressive Change Order #27 to Kellogg & Kimsey (K&K023334-K&K023341) | | | | |

| Exh. # | Document Description | Depo Ex # | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| 32. | Progressive Change Order #28 to Kellogg & Kimsey (K&K023342-K&K023344) | | | | |
| 33. | Progressive Change Order #29 to Kellogg & Kimsey (K&K023345-K&K023347) | | | | |
| 34. | Progressive Change Order #30 to Kellogg & Kimsey (K&K023348-K&K023350) | | | | |
| 35. | Progressive Change Order #31 to Kellogg & Kimsey (K&K023351-K&K023353) | | | | |
| 36. | Progressive Change Order #32 to Kellogg & Kimsey (K&K023354-K&K023356) | | | | |
| 37. | Progressive Change Order #33 to Kellogg & Kimsey (K&K023357-K&K023359) | | | | |
| 38. | Progressive Change Order #34 to Kellogg & Kimsey (K&K023360-K&K023365) | | | | |
| 39. | Progressive Plumbing's Pay Application #19 (Progressive-KK-16875 – Progressive-KK-16888) | Reed 180 | | | |
| 40. | Progressive Plumbing's Pay Application #20 (Progressive-KK-16890 – Progressive-KK-16901) | | | | |
| 41. | Progressive Plumbing's Pay Application #21 (Progressive-KK-16903 – Progressive-KK-16915) | | | | |
| 42. | Progressive Plumbing's Pay Application #22 (Progressive-KK-16917 – Progressive-KK-16929) | | | | |
| 43. | Submittal review for P-29 Shower Pan, dated January 21, 2014 | Peavy 203 | | | |
| 44. | June 19, 2013, email chain between Greg Schamberg, Craig Peavy and others re: confirmation of dimensions for tubs in SHS and the sanitary stack size | Peavy 205 | | | R&H |
| 45. | Page P4.04 of Plumbing Plans for the Project | Peavy 206 | | | |
| 46. | Emails dated November 13-14, 2013, from David Reed to Anil Patel and others re: winter conditions notice and increased costs associated with same | Patel 76 | | | R&H |
| 47. | A K&K Spreadsheet detailing the days on which winter conditions existed on the Project (ACE01963-ACE01964) | Patel 77 | | | R&H |

| Exh. # | Document Description | Depo Ex # | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| 48. | A March 22, 2014, letter from K&K to Ace Hospitality re: summary of combined Project delays and attachments to same (ACE1905-ACE1915) | Patel 79 | | | R&H |
| 49. | Email dated April 2, 2014, from Terry Barker to Greg Schamberg and others re: wall issues stemming from inadequate room for plumbing risers (attaches a list of affected rooms and an invoice) (ACE194-ACE198) | Patel 80 | | | H |
| 50. | A June 28, 2014, Letter from Marriott to Anil Patel re: results of sample room observation on the Project (ACE1622-ACE1624) | Patel 81 | | | R&H |
| 51. | K&K's Potential Change Order #078 for added general conditions for 25 calendar days (ACE145-ACE154) | Patel 82 | | | R&H |
| 52. | Email dated September 26, 2014, from Anil Patel to David Reed and others re: VWC Shortage and fixing same | Patel 83 | | | R&H |
| 53. | Emails dated October 29-30, 2014 between David Reed, Tom Young and others re: correcting the elevation of curbs, gutters, sidewalks at the property and the costs for same (ACE733-ACE738) | Patel 84 | | | R&H |
| 54. | Email dated November 22, 2014, from David Reed to Tom Young re: narrative of delays from November and delay of opening from mid-November to late-December | Patel 85 | | | R&H |
| 55. | Emails dated December 4-6, 2014, between Charles Kimsey, David Reed, Anil Patel and others re: final push to get the project completed | Patel 86 | | | R&H |
| 56. | Email dated December 4-5, 2014, between Charles Kimsey and David Reed re: response to Anil Patel on final push to complete the project (largely the same email as in Ex. 86) | Patel 81 | | | R&H |
| 57. | Email dated November 22, 2014, from Charles Kimsey to David Reed to Tom Young re: narrative of delays from November and delay of opening from mid-November to late-December | | | | R&H |
| 58. | Emails dated January 28-29, 2015, between David Reed, Charles Kimsey, Anil Patel and others re: the | Patel 89 | | | R&H |

| Exh. # | Document Description | Depo Ex # | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| | trouble with getting the project open and completing the punch list | | | | |
| 59. | Emails dated February 7, 2015, between Anil Patel, David Reed and others re: completing the corridors on the project in order to rent rooms at the hotel | Patel 90 | | | R&H |
| 60. | Emails from February 27-March 6, 2015 between Charles Kimsey, David Reed and others re: pricing for Marriott add on issues and who will complete that work | Patel 91 | | | R&H |
| 61. | OAC Monthly Meeting Minutes from June 25, 2013 (ACE1819-ACE1506) | Patel 95 | | | R&H |
| 62. | AIA G701 Change Order 001 from K&K to Ace Hospitality, dated December 10, 2012 (K&K21404-K&K21405) | Patel 98 | | | R |
| 63. | AIA G701 Change Order 002 from K&K to Ace Hospitality, dated February 21, 2013 (K&K21411) | Patel 99 | | | R |
| 64. | AIA G701 Change Order 003 from K&K to Ace Hospitality, dated February 21, 2013 (K&K21412) | Patel 100 | | | R |
| 65. | AIA G701 Change Order 004 from K&K to Ace Hospitality, dated June 20, 2013 (K&K21413-K&K21414) | Patel 101 | | | R |
| 66. | AIA G701 Change Order 005 from K&K to Ace Hospitality, dated September 23, 2013 (K&K21423-K&K 21424) | Patel 102 | | | R |
| 67. | AIA G701 Change Order 006 from K&K to Ace Hospitality, dated November 6, 2013 (K&K21433-K&K21434) | Patel 103 | | | R |
| 68. | AIA G701 Change Order 007 from K&K to Ace Hospitality, dated January 27, 2014 (K&K21435) | Patel 104 | | | R |
| 69. | AIA G701 Change Order 008 from K&K to Ace Hospitality, dated January 27, 2014 (K&K21436-K&K 21437) | Patel 105 | | | R |
| 70. | AIA G701 Change Order 009 from K&K to Ace Hospitality, dated March 24, 2014 (K&K21489) | Patel 106 | | | R |
| 71. | AIA G701 Change Order 010 from K&K to Ace Hospitality, dated June 23, 2014 (K&K21491-K&K 21492) | Patel 107 | | | R |

| Exh. # | Document Description | Depo Ex # | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| 72. | AIA G701 Change Order 011 from K&K to Ace Hospitality, dated July 21, 2014 (K&K21540-K&K 21541) | Patel 108 | | | R |
| 73. | AIA G701 Change Order 012 from K&K to Ace Hospitality, dated August 25, 2014 (K&K21544-K&K21545) | Patel 109 | | | R |
| 74. | AIA G701 Change Order 013 from K&K to Ace Hospitality, dated September 22, 2014 (K&K21546-K&K 21547) | Patel 110 | | | R |
| 75. | AIA G701 Change Order 014 from K&K to Ace Hospitality, dated April 17, 2015 (K&K 21555-K&K21557) | Patel 111 | | | R |
| 76. | October 3, 2014 emails from Reed to Doughty regarding distrust of Progressive $0 releases | | | | R&H |
| 77. | K&K's List of Payments to Progressive Plumbing on the Project, dated January 8, 2015. | Lawson 67 | | | |
| 78. | April 14, 2015, email from David Reed to Billy Lawson re: update on outstanding change orders and additional documentation for same (attaches a K&K log of Progressive's change orders and status of same) | Lawson 45 | | | |
| 79. | Unsigned Contract between Mazzeo Plumbing and Progressive Plumbing for the Project (Progressive/K&K 557 – Progressive/K&K 581) | | | | |
| 80. | Revision 2: Addendum no. 2 ASI 04 of River Street Architecture, LLC, Project Specifications – Section 22, dated August 3, 2010 | | | | ? |
| 81. | August 25, 2014, email between Bill Lawson and David Reed regarding tub and shower valves and alleged issues with same | | | | |
| 82. | October 13, 2014 email between Reed and Greg re sticking to specs, period. | | | | R&H |
| 83. | Kellogg & Kimsey's proposed change order 044R to Ace Hospitality (ACE109-ACE118) | | | | R&H |
| 84. | Emails dated April 2-7, 2014 between Greg Schamberg, Terry Barker, and others re: design issues with tubs and vanity units in certain rooms on the Project (Progressive-KK-14013 – Progressive-KK-14015) | Mazzeo 251 | | | R&H |

| Exh. # | Document Description | Depo Ex # | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| 85. | September 25, 2014 email between Greg Schamberg and David Reed regarding Trillium plumbers | | | | R&H |
| 86. | July 22, 2014 email between David Reed and Krystin Newton re various change orders | Lawson 43 (part) | | | |
| 87. | Email dated June 12, 2014 from David Reed to Joe Uselton and others re: 8" sanitary and boiler location revision (K&K17462) | | | | |
| 88. | Email dated November 26, 2014, from Greg Schamberg to Bill Lawson and others re: requirements for commercial washer delivery (K&K23322) | | | | |
| 89. | September 25, 2014 email between Greg Schamberg and David Reed regarding change order to Progressive for monitor device | | | | R&H |
| 90. | September 10, 2014 email between Ed Doughty and David Reed regarding pay app | | | | R&H |
| 91. | Kellogg & Kimsey's Subcontractor Draw Request Reconciliation for Progressive Plumbing, shows amount of retainage withheld by Kellogg & Kimsey (K&K23204) | Doughty 137 | | | |
| 92. | Kellogg & Kimsey's subcontract accounting spreadsheet for Progressive Plumbing, created January 9, 2015, updated February 4, 2015, and May 20, 2015 (K&K12614) | Doughty 128 | | | R&H |
| 93. | Kellogg & Kimsey's subcontract accounting spreadsheet for Progressive Plumbing, created January 8, 2015 (K&K23205-K&K23208) | Doughty 129 | | | R&H |
| 94. | September 10, 2014, email from Ed Doughty to David Reed re: recommendation to approve Progressive's July pay app (K&K14117-K&K-14118) | | | | R&H |
| 95. | September 18, 2014 email between David Reed and Billy Lawson re ordered monitoring device for CO 15 | | | | R&H |
| 96. | December 31, 2014 emails between Schamberg and Billy regarding ansul valves and additional changes | | | | H |

| Exh. # | Document Description | Depo Ex # | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| 97. | June 24, 2013, emails from Charles Kimsey and Ed Doughty re: Tennessee Prompt Pay Act and requirement to withhold 5% in retainage (K&K18210-K&K18213) | | | | R&H |
| 98. | Submittal P-27 – Corina Corner Lavatory | | | | R&H |
| 99. | March 17, 2015, emails between Charles Kimsey and Terry Barker re: change order analysis and Barker's questioning of same (K&K14431-K&K14432) | | | | R&H |
| 100. | March 17, 2015 emails between Charles Kimsey and Terry Barker re change orders | | | | R&H |
| 101. | First Amended Verified Complaint from Davidson County, Tennessee, for Progressive Plumbing, Inc. v. Kellogg & Kimsey, Inc., Concord Hospitality, Inc., and Ace Hospitality, Inc., Case No. 15-699-I | | | | |
| 102. | June 25, 2014 email from David Reed to Krystin Newton re sinks not according to specs | | | | |
| 103. | June 12, 2014, email from David Reed to Joe Uselton re: subcontract change directive for 8" sanitary and boiler location revision (K&K17462) | | | | |
| 104. | Compilation of subcontractor meeting minutes where K&K warned subcontractors not to damage each other's work (K&K24523-K&K24263) | | | | R&H |
| 105. | March 19, 2014, email from Greg Schamberg to PPI re: changes require moving water lines and adding two sinks (Progressive-KK-13978) | | | | |
| 106. | April 17, 2014, email from Bill Lawson to K&K re: PCO #7 from Progressive (Progressive-KK-14041) | | | | |
| 107. | April 9, 2015 document containing narrative of further details on PCO 10 (Progressive-KK-16948 – Progressive-KK-16949) | | | | R&H |
| 108. | April 9, 2015, document with short narrative and detailed breakdown of PCO 15 amount (Progressive-KK-16941 – Progressive-KK-16942) | | | | R&H |
| 109. | April 9, 2015, document with short narrative and breakdown of amounts included in PCO 17 (Progressive-KK-16945 – Progressive-KK-16946) | | | | R&H |

| Exh. # | Document Description | Depo Ex # | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|---|
| 110. | April 9, 2015, document with narrative of 8" sanitary line in boiler room needing to be relocated (Progressive-KK-16951 – Progressive-KK-16952) | | | | R&H |
| 111. | Compilation of K&K's Superintendent's Daily Reports | Reed 188 | | | R&H |
| 112. | Documents from Hospitality Plumbing, Inc. pertaining to Courtyard by Marriott – Nashville, TN | Hospitality 2 | | | R&H |
| 113. | October 24, 2014 email from Michael Sasso, Esq. to David Reed attaching Demand Letter | | | | R&H |
| 114. | Sub Meeting Sign In Sheet July 9, 2013 (K&K24105 – K&K24107) | | | | R |
| 115. | OAC Meeting Agenda November 25, 2014 | | | | R&H |

K&K asserts objections above as indicated.  "R" is relevancy.  "H" is heresay.  "R&H" are both relevancy and hearsay.  Documents marked with a "?" are documents which K&K has not had an opportunity to review and to which it objects on the basis of relevancy, hearsay, authenticity and any and all other grounds for objection that might be appropriate based on a full review.  K&K reserves the right to revise same.