UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                              CHAPTER 11
                                                    CASE NO.: 6:15-BK-07275-KSJ
PROGRESSIVE PLUMBING, INC.,

PROGRESSIVE SERVICES, LLC and          JOINTLY ADMINISTERED WITH
GRACIOUS LIVING DESIGN                 CASE NO.: 6:15-BK-07276-KSJ
CENTER, INC.                           CASE NO.: 6:15-BK-07277-KSJ

                        Debtors.
_____/

KELLOGG & KIMSEY, INC.
A Florida Corporation,

        Plaintiff

v.                                                  Adv. Case No.:  6:17-AP-00044-KSJ

PROGRESSIVE PLUMBING, INC.,
A Florida Corporation, ALLIED WORLD
SPECIALTY INSURANCE COMPANY,
a Foreign Profit Corporation,

        Defendants.
_____/
PROGRESSIVE PLUMBING, INC.,

        Counter-Plaintiff,

v.

KELLOGG & KIMSEY, INC.,

        Counter-Defendant.
_____/
PROGRESSIVE PLUMBING, INC.,
        Cross-Plaintiff,

v.
ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

1

Cross-Defendant.

_____/

ALLIED WORLD SPECIALTY
INSURANCE COMPANY,

       Cross-Plaintiff,

v.

PROGRESSIVE PLUMBING, INC.,

       Cross-Defendant.

_____/

## **PLAINTIFF, KELLOGG & KIMSEY, INC.'S TRIAL EXHIBIT LIST**

Progressive provides the following listed objections and legend for its objections (Allied's objections are mentioned on the last page of this document):

H – Hearsay.  For purposes of clarification, Progressive does not object to emails sent by Progressive, but may mark an email chain as hearsay which includes out of court statements by other persons, but the objection is limited to statements by non-Progressive parties.

NP – Not produced, and therefore not usable at trial.

A – Authentication

R – Not relevant or proper evidence

BE – Best Evidence

| Ex. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1 | Prime Contract – Specs, Drawings, Addenda etc. (Depo Ex. 112, 150) | | | |
| 2 | All Owner Change Orders (Depo Ex. 98-111) | | | |
| 3 | Progressive Subcontract (Depo Ex. 2) | | | |
| 4 | Subcontract Payment and Performance Bonds | | | |
| 5 | "David Reed" 2/13/2013 Progressive plumbing SA, Ex B & LOI (Depo Ex. 36) | | | |
| 6 | "Kristyn Newton" 2/22/2013 RE_ Progressive Plumbing Contract - 1800 West End | | | |
| 7 | "Kelly Armstrong" 2/22/2013 FW_ Progressive Plumbing Contract - 1800 West End (Depo Ex. 37) | | | |
| 8 | "Bill Lawson" 2/26/2013 FW_ 1800 West End Hotel Contract Review | | | |
| 9 | "David Reed" 2/27/2013 RE_ 1800 West End Hotel Contract Review | | | |
| 10 | "David Reed" 3/5/2013 RE_ 1800 West End Hotel Contract Review(1) (Depo Ex. 53) | | | |
| 11 | "David Reed" 3/6/2013 RE_ Progressive Plumbing Intent Ltr - 1800 West... | | | |
| 12 | "David Reed" 3/6/2013 Progressive Plumbing SA | | | |
| 13 | "David Reed" 3/15/2013 Revised Exhibit B | | | |
| 14 | "David Reed" 3/19/2013 FW_ Revised Exhibit B | | | |
| 15 | "Kim French" 3/25/2013 FW_ Invoice | | | |
| 16 | "David Reed" 3/27/2013 RE_ Revised SOV & Bond Invoice | | | |
| 17 | "David Reed" 3/28/2013 FW_ Revised SOV & Bond Invoice | | | |
| 18 | "David Reed" 3/28/2013 RE_ Revised SOV & Bond Invoice(1) | | | |
| 19 | "Kristyn Newton" 3/29/2013 1800 West End Invoice and Bond | | | |
| 20 | "Kelly Armstrong" 4/18/2013 Payment Documents & CO Log | | | |
| 21 | "David Reed" 4/20/2013 RE_ 1800 West End Invoice and Bond | | | |
| 22 | "David Reed" 4/22/2013 RE_ 1800 West End Invoice and Bond(1) | | | |
| 23 | "David Reed" 4/25/2013 RE_ Bond Review - Progressive Plumbing - 1800 W... | | | |
| 24 | "Bo Heidorn" 5/16/2013 RE_ 1800 Grease Traps  PO 73589 | | | |

| | | | |
|---|---|---|---|
| 25 | "Greg Schamberg" 6/3/2013 Response to RFI 020- Switch to Pex and riser pi... | | |
| 26 | "Bo Heidorn" 6/5/2013 FW_ 1800 Booster Revised | | |
| 27 | "Ashley Stalma" 6/17/2013 TENNESSEE EMPLOYEES TO SAVANNAH | | |
| 28 | "Ashley Stalma" 6/18/2013 RE_ Nashville Plumbers | | |
| 29 | "Cory Richardson" 7/11/2013 RE_ Fixture list | | |
| 30 | "David Reed" 7/22/2013 RE_ 1800 Change Request 001 | | |
| 31 | "Bo Heidorn" 8/12/2013 1800 West End Sleeves S172319188 | | |
| 32 | "Bo Heidorn" 8/28/2013 1800 Gravel Request | | |
| 33 | "Bo Heidorn" 8/28/2013 1800 Gravel | | |
| 34 | "David Reed" 8/28/2013 Gastite | | |
| 35 | "Bill Lawson" 8/29/2013 Re_ 1800 Gravel | | |
| 36 | "Chris Mizell" 9/4/2013 RE_ 1800 West End | | |
| 37 | "Bo Heidorn" 9/5/2013 Mixing_Balancing Vlave | | |
| 38 | "Bo Heidorn" 9/10/2013 FW_ FW_ 1800 West End - mixing valves | | |
| 39 | "Bo Burns" 9/27/2013 1800 west end | | |
| 40 | "Kim French" 9/27/2013 FW_ Training at 1800 West End | | |
| 41 | "Ashley Stalma" 10/1/2013 CPVC Fitting and Installation Procedure | | |
| 42 | "Bo Heidorn" 11/11/2013 RE_ Material request 1800 west end | | |
| 43 | "Bo Burns" 11/27/2013 RE_ Floor drains | | |
| 44 | "Bo Heidorn" 11/27/2013 1800 West End Drains | | |
| 45 | "Bo Heidorn" 12/10/2013 FW_ Material | | |
| 46 | "Bo Heidorn" 1/2/2014 1800 West End Showers | | |
| 47 | "Rick Heidorn" 1/6/2014 Emailing_ CCF01062014_00001 | | |
| 48 | "Rick Heidorn" 1/6/2014 Emailing_ CCF01062014_00003 | | |
| 49 | "Bill Lawson" 1/8/2014 Re_ Drug test 1800 west end | | | H, R |
| 50 | "Billy Lawson" 1/14/2014 FW_ Nashville Job | | | H |

| | | | |
|---|---|---|---|
| 51 | "Billy Lawson" 1/14/2014 Mail | | H |
| 52 | "Bobbie Crane" 1/14/2014 RE_ | | H |
| 53 | "Bobbie Crane" 1/21/2014 FW_ Attached Image | | H |
| 54 | "Bo Burns" 2/24/2014 Shower valve 1800 west end | | H |
| 55 | "Bo Burns" 2/27/2014 1800 shower pans | | H |
| 56 | "Kim French" 3/14/2014 FW_ 1800 west end | | H |
| 57 | "Bo Burns" 3/19/2014 Pictures 1800 west end | | H, A |
| 58 | "David Reed" 3/21/2014 Cut stacks from roof | | H |
| 59 | "Bill Lawson" 3/31/2014 Re_ Drug Screen | | H, A, R |
| 60 | "Bo Burns" 4/1/2014 1800 west end labor | | H |
| 61 | "Bo Burns" 4/1/2014 Mazzeo plumbing projection | | H |
| 62 | "Steve  Byram" 4/2/2014 FW_ TUBS FOR WEST END | | H |
| 63 | "Bo Burns" 4/7/2014 1800 west end change order resident inn | | H |
| 64 | "Bill Lawson" 4/11/2014 Completion List | | H |
| 65 | "Kristyn Newton" 4/17/2014 1800 West End Change Request 007 | | H |
| 66 | "Kristyn Newton" 4/17/2014 1800 West End Change Requst 008 | | H |
| 67 | "Kristyn Newton" 4/17/2014 1800 West End Change Request 009 | | H |
| 68 | "Kristyn Newton" 4/17/2014 1800 West End Change Request 10 | | H |
| 69 | "Kristyn Newton" 4/17/2014 1800 West End Change Request 011 | | H |
| 70 | "Kristyn Newton" 4/17/2014 1800 West End Change Request Log | | H |
| 71 | "Kristyn Newton" 4/22/2014 1800 West End April Billing | | H |
| 72 | "Kristyn Newton" 4/24/2014 FW_ 1800 | | H |
| 73 | "Jean Mazzeo" 4/27/2014 1800 West End Ave., Nashville, Tn. | | H |
| 74 | "Kristyn Newton" 4/29/2014 FW_ 1800 West End April Billing | | H |
| 75 | "Rick Crowell" 4/29/2014 FW_ Nashville Plumber | | H |
| 76 | "Rick Crowell" 4/29/2014 FW_ Corner lavs | | H |
| 77 | "Rick Crowell" 4/29/2014 FW_ Loose shower valves | | H |
| 78 | "Rick Crowell" 4/29/2014 FW_ More | | H |
| 79 | "Ashley Stalma" 4/30/2014 RE_ Plumbers | | H |

5

| | | | | |
|---|---|---|---|---|
| 80 | "Rick Crowell" 4/30/2014 RE_ 1800 West End Ave. Trim Out | | | H |
| 81 | "Rick Crowell" 4/30/2014 FW_ Tradesmen International | | | H |
| 82 | "Rick Crowell" 4/30/2014 FW_ 31118 PVC Heavy Duty Gray Cement | | | H |
| 83 | "Bill Lawson" 5/1/2014 FW_ CPVC Procedure and Tub Set Procedure for 18... | | | H |
| 84 | "Steve  Byram" 5/1/2014 Nashville  1800 west end foreman change | | | H |
| 85 | "Ashley Stalma" 5/1/2014 Help for 1800 | | | H |
| 86 | "Rick Crowell" 5/2/2014 Fwd_ release of material | | | H |
| 87 | "Mike Hardesty" 5/2/2014 Re_ Bid S143583973 | | | H |
| 88 | "Billy Lawson" 5/7/2014 RE_ CPVC Procedure and Tub Set Procedure for 18... | | | H |
| 89 | "Billy Lawson" 5/12/2014 FW_ Vern | | | H |
| 90 | "Rick Crowell" 5/12/2014 RE_ Glue for insulation | | | H |
| 91 | "Rick Crowell" 5/12/2014 FW_ Marriott Nashville Uponor Inspection findings | | | H |
| 92 | "David Reed" 5/15/2014 RE_ 1800 West End April Billing | | | H |
| 93 | "David Reed" 5/17/2014 Outstanding change order requests | | | H |
| 94 | "Steve Lynk" 5/17/2014 Document1 | | | H |
| 95 | "Bill Lawson" 5/17/2014 Re_ Document1 | | | H |
| 96 | "Steve Lynk" 5/18/2014 RE_ 1800 West End | | | H |
| 97 | "Ashley Stalma" 5/19/2014 FW_ Gary Robert Green | | | H |
| 98 | "David Reed" 5/20/2014 RE_ Nashville update | | | H |
| 99 | "Bill Lawson" 5/21/2014 FW_ SCHEDULE | | | H, A |
| 100 | "Rick Crowell" 5/21/2014 Fwd_ vitra stuck at border | | | H |
| 101 | "Steve  Byram" 5/21/2014 RE_ 76839 | | | H |
| 102 | "Steve  Byram" 5/22/2014 FW_ US Customs 3461 UPGF401452855 | | | H |
| 103 | "David Reed" 5/22/2014 RE_ 1800 West End(1) | | | H |
| 104 | "David Reed" 5/22/2014 RE_ Nashville update(1) | | | H |
| 105 | "Steve Lynk" 5/24/2014 RE_ 1300009 | | | H |
| 106 | "Jean Mazzeo" 5/25/2014 Being asked to | | | |

| | | | |
|---|---|---|---|
| | leave jobsite | | |
| 107 | "Rick Crowell" 5/27/2014 FW_ Shower letter | | H |
| 108 | "Rick Crowell" 5/27/2014 Fwd_ Marriott Nashville Uponor Inspection findings | | H |
| 109 | "David Reed" 5/27/2014 72 hour notice | | H |
| 110 | "Steve Lynk" 5/28/2014 Emailing_ 001 | | H |
| 111 | "Rick Crowell" 5/28/2014 FW_ vitra lavs | | H, A |
| 112 | "David Reed" 5/28/2014 RE_ 72 hour notice | | H |
| 113 | "Bill Lawson" 5/29/2014 FW_ 72 hour notice | | H |
| 114 | "Rick Crowell" 5/29/2014 RE_ Nashville Hotels Extensions | | H |
| 115 | "Bill Lawson" 5/29/2014 Fwd_ Response Letter | | H |
| 116 | "Jean Mazzeo" 5/29/2014 Thank you | | |
| 117 | "Rick Crowell" 5/30/2014 FW_ KINGS AND COMMON | | H |
| 118 | "Dana Eagle" 5/30/2014 Shower Base Letter From Billy Lawson | | |
| 119 | "Jean Mazzeo" 5/31/2014 installation of tubs and shower boxes | | H, A |
| 120 | "Bill Lawson" 6/4/2014 Thanks | | H |
| 121 | "Bill Lawson" 6/4/2014 Re_ 8_ sanitary line in 1st floor relocation. | | H |
| 122 | "Steve Lynk" 6/5/2014 RE_ Joe Uselton | | H |
| 123 | "Bill Lawson" 6/5/2014 RE_ Emailing_ 001, 002, 003 | | H |
| 124 | "Bill Lawson" 6/6/2014 Fwd_ Revised # 9 Pay App | | H |
| 125 | "Ashley Stalma" 6/6/2014 Drug Screens Kings & Common | | H |
| 126 | "David Reed" 6/6/2014 RE_ April payment | | H |
| 127 | "Joe Uselton" 6/7/2014 3 way transfer valve | | H |
| 128 | "Dana Eagle" 6/9/2014 1800 West End Type Up | | H |
| 129 | "Dana Eagle" 6/9/2014 1800 Letter and attachments | | H |
| 130 | "David Reed" 6/9/2014 RE_ April payment(1) | | H |
| 131 | "Joe Uselton" 6/10/2014 Tradesmen International | | H |
| 132 | "Phillip Le" 6/11/2014 RE_ 1800 WEST END - Revised | | H |
| 133 | "Bill Lawson" 6/11/2014 Man Power | | H |
| 134 | "Joe Uselton" 6/12/2014 04 riser change order sheets 1-3 of 9 | | H |

| | | | | |
|---|---|---|---|---|
| 135 | "Joe Uselton" 6/12/2014 04 riser change sheet 4-6 of 9 | | | H |
| 136 | "Joe Uselton" 6/12/2014 04 riser change order sheet 7 - 9 | | | H |
| 137 | "David Reed" 6/12/2014 Failed Inspection - again | | | H |
| 138 | "Bill Lawson" 6/12/2014 FW_ Inspections | | | H |
| 139 | "Ashley Stalma" 6/12/2014 Resume | | | H |
| 140 | "David Reed" 6/12/2014 RE_ FW_ Failed Inspection - again | | | H |
| 141 | "Joe Uselton" 6/12/2014 Mail(1) | | | H |
| 142 | "Joe Uselton" 6/12/2014 Chipped out units | | | H |
| 143 | "Dana Eagle" 6/13/2014 RE_ TN Work Release | | | H |
| 144 | "Owen Kelley" 6/13/2014 RE_ Addendum 3, dated 2-7-2011 | | | H |
| 145 | "David Reed" 6/15/2014 1800 West End completion Schedudule | | | H |
| 146 | "David Reed" 6/15/2014 1800 West End Completion Schedule | | | H |
| 147 | "Billy Lawson" 6/16/2014 FW_ TEMP BOOSTER | | | H |
| 148 | "David Reed" 6/16/2014 18020 Continuing problems | | | H |
| 149 | "Ashley Stalma" 6/17/2014 Resumes Attached. Please look at the ones for y... | | | H |
| 150 | "Kristyn Newton" 6/17/2014 Mazzeo Current billing sheet | | | H |
| 151 | "Kristyn Newton" 6/17/2014 Revised Mazzeo billing | | | H |
| 152 | "David Reed" 6/18/2014 RE_ 18020 Continuing problems | | | H |
| 153 | "David Reed" 6/19/2014 RE_ 18020 Continuing problems(1) | | | H |
| 154 | "David Reed" 6/20/2014 RE_ 18020 Continuing problems(2) | | | H |
| 155 | "Steve Lynk" 6/23/2014 Mazzeo | | | H |
| 156 | "Rick Crowell" 6/23/2014 Re_ 1800 West End Ave. | | | H |
| 157 | "David Reed" 6/25/2014 RE_ 1800 May | | | H |
| 158 | "David Reed" 6/26/2014 RE_ 1800 May(1) | | | H |
| 159 | "David Reed" 6/26/2014 RE_ 1800 May(2) | | | H |
| 160 | "David Reed" 6/26/2014 RE_ 1800 May(3) | | | H |
| 161 | "Bill Lawson" 6/28/2014 Fwd_ 8_ sanitary relocate boiler room | | | H |

| 162 | "Steve Lynk" 7/8/2014 1800 West End_ | | | H |
|---|---|---|---|---|
| 163 | "Steve Lynk" 7/8/2014 RE_ Mazzeo | | | H |
| 164 | "Joe Uselton" 7/8/2014 Mazzio plumbing | | | H |
| 165 | "Jean Mazzeo" 7/8/2014 1800 west End Ave. | | | H |
| 166 | "David Reed" 7/10/2014 RE_ 1800 May(4) | | | H |
| 167 | "Joe Uselton" 7/10/2014 Boiler Room | | | H |
| 168 | "Bill Lawson" 7/11/2014 Fwd_ Boiler Room | | | H |
| 169 | "Steve Lynk" 7/14/2014 FW_ Mazzio plumbing | | | H |
| 170 | "Steve Lynk" 7/14/2014 1800 West End | | | H |
| 171 | "Jean Mazzeo" 7/14/2014 irresponsible writing of e-mails | | | H |
| 172 | "Steve Lynk" 7/16/2014 Re_ [Scan] | | | H |
| 173 | "David Reed" 7/16/2014 Latest Plumbing Issues | | | H |
| 174 | "Steve Lynk" 7/16/2014 RE_ Latest Plumbing Issues | | | H |
| 175 | "David Reed" 7/16/2014 RE_ Latest Plumbing Issues(1) | | | H |
| 176 | "David Reed" 7/18/2014 RE_ 1800 West End(2) | | | H |
| 177 | "David Reed" 7/21/2014 RE_ 1800 West End(3) | | | H |
| 178 | "Dwight Hollifield" 7/21/2014 Response to shs leak | | | H |
| 179 | "Dwight Hollifield" 7/21/2014 Manpower | | | H |
| 180 | "Bill Lawson" 7/22/2014 Re_ 77425 labor finders | | | H |
| 181 | "Kristyn Newton" 7/22/2014 1800 West End July Billing | | | H |
| 182 | "Bill Lawson" 7/23/2014 FW_ 1800 CHANGE ORDERS | | | H |
| 183 | "Dwight Hollifield" 7/23/2014 Labor finders | | | H |
| 184 | "Kim French" 7/24/2014 FW_ Past Due Amount - Over Credit Limit | | | H |
| 185 | "Steve Lynk" 7/28/2014 1800 WEST END TO DO LIST.xlsx | | | H |
| 186 | "Steve Lynk" 7/28/2014 Book1.xlsx | | | H |
| 187 | "Kristyn Newton" 7/29/2014 1800 Mazzeo Summary | | | H |
| 188 | "Dwight Hollifield" 7/31/2014 Manpoweri am | | | H |
| 189 | "Steve Lynk" 7/31/2014 Fwd_ core-drill | | | H |
| 190 | "Rick Heidorn" 8/4/2014 RE_ Connex | | | H |
| 191 | "dwight hollifield" 8/4/2014 Re_ Labprers | | | H |

| | | | |
|---|---|---|---|
| 192 | "dwight hollifield" 8/6/2014 I-9's | | H |
| 193 | "David Reed" 8/6/2014 Progress | | H |
| 194 | "Steve Lynk" 8/7/2014 Gastite grounding information | | H |
| 195 | "Dwight Hollifield" 8/7/2014 Spring hill grease traps | | H |
| 196 | "David Reed" 8/8/2014 RI Sinks & other issues | | H |
| 197 | "David Reed" 8/8/2014 RE_ RI Sinks & other issues | | H |
| 198 | "Steve Lynk" 8/8/2014 Jay Ackers | | H |
| 199 | "Bill Lawson" 8/11/2014 Fwd_ Attached Image | | H |
| 200 | "Ashley Stalma" 8/12/2014 J & N Plumbing - Nashville Subcontract | | H |
| 201 | "David Reed" 8/12/2014 RE_ Progress | | H |
| 202 | "Bill Lawson" 8/12/2014 Re_ Progress | | H |
| 203 | "Bill Lawson" 8/12/2014 Fwd_ Progress | | H |
| 204 | "Dwight Hollifield" 8/13/2014 Job related progress | | H |
| 205 | "David Reed" 8/13/2014 RE_ Job related progress | | H |
| 206 | "David Reed" 8/13/2014 RE_ 1800 West End(4) | | H |
| 207 | "David Reed" 8/13/2014 RE_ 1800 West End(5) | | H |
| 208 | "Rick Crowell" 8/14/2014 Fwd_ Tradesmen International Nashville TN | | H |
| 209 | "Mike Yorio" 8/14/2014 RE_ Tennessee-Plumbers_Helpers_Labor | | H |
| 210 | "Dwight Hollifield" 8/14/2014 Temp plumbers | | H |
| 211 | "Bill Lawson" 8/14/2014 Re_ out of town expenses | | H |
| 212 | "Dwight Hollifield" 8/14/2014 Expansion tanks for boiler room | | H |
| 213 | "Steve Lynk" 8/15/2014 manpower update | | H |
| 214 | "Bill Lawson" 8/15/2014 Re_ Mazzeo | | H |
| 215 | "Bill Lawson" 8/15/2014 Re_ Tradesmen International Nashville TN | | H |
| 216 | "Ashley Stalma" 8/18/2014 JOSHUA FOUST | | H |
| 217 | "Steve Lynk" 8/18/2014 1800 west end | | H |
| 218 | "travis.body" 8/18/2014 RE_ Tradesmen International | | H |
| 219 | "David Reed" 8/18/2014 RE_ Plumbers have | | H |

| | | | | |
|---|---|---|---|---|
| | caused another substantial delay | | | |
| 220 | "Dwight Hollifield" 8/19/2014 R.I. kitchen sink areas | | | H |
| 221 | "Rick Crowell" 8/19/2014 FW_ Tradesman,personel | | | H |
| 222 | "Steve Lynk" 8/19/2014 1800 West End(1) | | | H |
| 223 | "Dwight Hollifield" 8/19/2014 Task list | | | H |
| 224 | "Rick Crowell" 8/19/2014 Labor Finders 1800 West End | | | H |
| 225 | "dwight hollifield" 8/19/2014 [Scan] | | | H |
| 226 | "Steve  Byram" 8/19/2014 LABOR FINDERS TN | | | H |
| 227 | "Bill Lawson" 8/19/2014 Re_ Kitchen sink corrections | | | H |
| 228 | "Rick Crowell" 8/19/2014 RE_ tradesman nashville | | | H |
| 229 | "Steve Lynk" 8/20/2014 RE_ MDX - Submeeting | | | H |
| 230 | "David Reed" 8/20/2014 RE_ Job related progress(1) | | | H |
| 231 | "Rick Crowell" 8/20/2014 FW_ VITRA PED LAVS | | | H |
| 232 | "Steve Lynk" 8/20/2014 Andy Shook | | | H |
| 233 | "David Reed" 8/20/2014 RE_ Progressive crew hours 6_00 to 2_30 | | | H |
| 234 | "Steve Lynk" 8/21/2014 Plumbers Names | | | H |
| 235 | "Steve Lynk" 8/21/2014 Dates and Projections | | | H |
| 236 | "David Reed" 8/21/2014 RE_ Attached Image | | | H |
| 237 | "Steve Lynk" 8/21/2014 david reed | | | H |
| 238 | "David Reed" 8/21/2014 RE_ Job related progress(2) | | | H |
| 239 | "Dwight Hollifield" 8/21/2014 RE_ Job related progress(3) | | | H |
| 240 | "Dwight Hollifield" 8/21/2014 RE_ Job related progress(4) | | | H |
| 241 | "Steve  Byram" 8/22/2014 FW_ 1800 West End Vitra | | | H |
| 242 | "Bill Lawson" 8/22/2014 FW_ Job related progress | | | H |
| 243 | "Bill Lawson" 8/25/2014 FW_ | | | H |
| 244 | "Kim French" 8/25/2014 RE_ 1800 west end | | | H |
| 245 | "Steve  Byram" 8/25/2014 Mail(2) | | | H |
| 246 | "Kristyn Newton" 8/26/2014 August Billing 1800West End | | | H |

| 247 | "Bill Lawson" 8/26/2014 RE_ Laborers | | | H |
|---|---|---|---|---|
| 248 | "Kristyn Newton" 8/28/2014 Change Order 013 | | | H |
| 249 | "Kristyn Newton" 8/28/2014 1800West End Change order 013 | | | H |
| 250 | "David Reed" 8/28/2014 RE_ July Draw and Change Orders 2 of 3 | | | H |
| 251 | "David Reed" 8/28/2014 RE_ July Draw and Change Orders 1 of 3 | | | H |
| 252 | "David Reed" 8/28/2014 RE_ July Draw and Change Orders 3 of 3 | | | H |
| 253 | "David Reed" 8/28/2014 RE_ July Draw and Change Orders | | | H |
| 254 | "Steve  Byram" 8/28/2014 FW_ Cla Val | | | H |
| 255 | "Knight, Jami" 8/28/2014 RE_ Contact for Greg @ Kellogg & Kimsey | | | H |
| 256 | "Knight, Jami" 8/29/2014 RE_ Contact for Greg @ Kellogg & Kimsey(1) | | | H |
| 257 | "Ashley Stalma" 9/2/2014 Nashville | | | H |
| 258 | "David Reed" 9/3/2014 1800 Issues | | | H |
| 259 | "Greg Schamberg" 9/3/2014 RE_ 1800 Issues | | | H |
| 260 | "Bass, Kevin" 9/3/2014 RE_ pedestal lavs 1800 west end | | | H |
| 261 | "Dana Eagle" 9/3/2014 RE_ 1800 Issues(1) | | | H |
| 262 | "Steve  Byram" 9/4/2014 RE_ Vitra pedestal lavs | | | H |
| 263 | "Rick Crowell" 9/4/2014 RE_ 1800 WEST END HOTEL | | | H |
| 264 | "Steve  Byram" 9/5/2014 RE_ LABOR FINDERS NASHVILLE | | | H |
| 265 | "Kristyn Newton" 9/8/2014 RE_ 1800 July check | | | H |
| 266 | "Greg Schamberg" 9/8/2014 RE_ Trillium | | | H |
| 267 | "Bass, Kevin" 9/8/2014 RE_ pedestal lavs 1800 west end(1) | | | H |
| 268 | "Kim French" 9/9/2014 Mail(3) | | | H |
| 269 | "Steve  Byram" 9/10/2014 FW_ 77689 AMERICAN PIPE | | | H |
| 270 | "Kim French" 9/10/2014 FW_ Progressive July Payment | | | H |
| 271 | "Rick Crowell" 9/10/2014 FW_ Attached Image(1) | | | H |
| 272 | "Kim French" 9/10/2014 RE_ Progressive July Payment | | | H |
| 273 | "Steve  Byram" 9/11/2014 Temp labor | | | H |

| | | | |
|---|---|---|---|
| | nashville | | |
| 274 | "Bill Lawson" 9/12/2014 Fwd_ 1800 West End | | H |
| 275 | "David Reed" 9/12/2014 RE_ 1800 West End(6) | | H |
| 276 | "David Reed" 9/12/2014 RE_ 1800 West End(7) | | H |
| 277 | "David Reed" 9/12/2014 RE_ 1800 West End(8) | | H |
| 278 | "Greg Schamberg" 9/17/2014 FW_ RFI 122_ Blending Valve at Woter Softeners | | H |
| 279 | "David Reed" 9/17/2014 Manpower(1) | | H |
| 280 | "Bill Lawson" 9/17/2014 Fwd_ Manpower | | H |
| 281 | "Kristyn Newton" 9/18/2014 1800 West End(2) | | H |
| 282 | "David Reed" 9/18/2014 FW_ RFI 122_ Blending Valve at Woter Softeners(1) | | H |
| 283 | "Billy Lawson" 9/18/2014 RE_ RFI 122_ Blending Valve at Woter Softeners | | H |
| 284 | "Bill Lawson" 9/18/2014 Re_ FW_ | | H |
| 285 | "Steve  Byram" 9/18/2014 nashville grease trap. | | H |
| 286 | "Billy Lawson" 9/19/2014 FW_ Rooms ready for fixtures | | H |
| 287 | "Rick Crowell" 9/20/2014 FW_ RFI 122_ Blending Valve at Woter Softeners(2) | | H |
| 288 | "Kristyn Newton" 9/22/2014 FW_ 1800 West End | | H |
| 289 | "Steve  Byram" 9/24/2014 RE_ Lochinvar Startup Question | | H |
| 290 | "Charles Kimsey" 9/24/2014 Urgent | | H |
| 291 | "David Reed" 9/24/2014 RE_ Lochinvar Startup Question(1) | | H |
| 292 | "Rick Crowell" 9/24/2014 FW_ Nashville | | H |
| 293 | "Kristyn Newton" 9/25/2014 FW_ 1800 West End(1) | | H |
| 294 | "Kim French" 9/25/2014 RE_ Labor Finders in Nashville | | H |
| 295 | "Greg Schamberg" 9/25/2014 FW_ PLUMBERS | | H |
| 296 | "Bill Lawson" 9/25/2014 FW_ Urgent | | H |
| 297 | "David Reed" 9/25/2014 RE_ Urgent | | H |
| 298 | "Charles Kimsey" 9/25/2014 RE_ Urgent(1) | | H |
| 299 | "David Reed" 9/25/2014 RE_ 1800 West End(9) | | H |

| | | | | |
|---|---|---|---|---|
| 300 | "Kristyn Newton" 9/25/2014 RE_ 1800 West End(10) | | | H |
| 301 | "Kristyn Newton" 9/26/2014 FW_ JC Detail History With Recaps | | | H |
| 302 | "David Reed" 9/26/2014 RE_ 1800 West End(11) | | | H |
| 303 | "Rick Crowell" 9/27/2014 RE_ Trims | | | H |
| 304 | "David Reed" 9/29/2014 RE_ 1800 West End(12) | | | H |
| 305 | "Dwight Hollifield" 9/29/2014 7th floor trims | | | H |
| 306 | "Ashley Stalma" 9/30/2014 Labor Finders | | | H |
| 307 | "Ashley Stalma" 9/30/2014 FW_ New Doc 38. Petty cash | | | H |
| 308 | "Kristyn Newton" 9/30/2014 Revised August billing | | | H |
| 309 | "Kristyn Newton" 10/1/2014 FW_ Revised August billing | | | H |
| 310 | "Kristyn Newton" 10/2/2014 FW_ Revised August billing(1) | | | H |
| 311 | "David Reed" 10/2/2014 RE_ Revised August billing | | | H |
| 312 | "Kristyn Newton" 10/2/2014 Releases and Attachment 3.3 | | | H |
| 313 | "David Reed" 10/2/2014 RE_ Releases and Attachment 3.3 | | | H |
| 314 | "Kristyn Newton" 10/2/2014 September Billing | | | H |
| 315 | "David Reed" 10/2/2014 Gastite on Roof | | | H |
| 316 | "Dwight Hollifield" 10/3/2014 Fwd_ Material list and time spent on moving the... | | | H |
| 317 | "Kristyn Newton" 10/3/2014 Attachment 3.3 | | | H |
| 318 | "Emy McCartney" 10/6/2014 RE_ 1800 AUgust Funding | | | H |
| 319 | "Emy McCartney" 10/6/2014 FW_ Revised Attachment 3.3 | | | H |
| 320 | "Steve Lynk" 10/7/2014 King's | | | H |
| 321 | "Bill Lawson" 10/8/2014 FW_ Plumbing Building Systems | | | H |
| 322 | "David Reed" 10/8/2014 RE_ Plumbing Building Systems | | | H |
| 323 | "David Reed" 10/8/2014 RE_ Plumbing Building Systems(1) | | | H |
| 324 | "Greg Schamberg" 10/8/2014 RE_ RFI 122_ Blending Valve at Woter Softeners(1) | | | H |
| 325 | "Bill Lawson" 10/9/2014 RE_ RFI 122_ | | | H |

| | | | |
|---|---|---|---|
| | Blending Valve at Woter Softeners(2) | | |
| 326 | "Bill Lawson" 10/9/2014 RE_ Plumbing Building Systems(2) | | H |
| 327 | "Greg Schamberg" 10/9/2014 RE_ RFI 122_ Blending Valve at Woter Softeners(3) | | H |
| 328 | "Bill Lawson" 10/10/2014 Re_ 1800 West End | | H |
| 329 | "David Reed" 10/10/2014 Manpower(2) | | H |
| 330 | "Bill Lawson" 10/10/2014 Re_ Manpower | | H |
| 331 | "Steve  Byram" 10/10/2014 NASHVILLE LABORER ROBERT | | H |
| 332 | "Jorgo Kycyku" 10/13/2014 PIECEWORK SHEET | | H |
| 333 | "Greg Schamberg" 10/13/2014 Shower Valve PPI wants approved | | H |
| 334 | "Kristyn Newton" 10/14/2014 RE_ August Draw | | H |
| 335 | "Dwight Hollifield" 10/14/2014 Fwd_ Lynn Clark pay | | H |
| 336 | "David Reed" 10/15/2014 RE_ Manpower | | H |
| 337 | "Dwight Hollifield" 10/15/2014 Fwd_ RE_ Request for pay increase form | | H |
| 338 | "Bill Lawson" 10/15/2014 RE_ Manpower(1) | | H |
| 339 | "David Reed" 10/16/2014 RE_ Manpower(2) | | H |
| 340 | "Jorgo Kycyku" 10/17/2014 1800 West end | | H |
| 341 | "Steve  Byram" 10/17/2014 RE_ Day Labor | | H |
| 342 | "Greg Schamberg" 10/21/2014 RE_ Plumber | | H |
| 343 | "Kim French" 10/22/2014 RE_ 1800 August Check | | H |
| 344 | "Kristyn Newton" 10/22/2014 1800 West End Sunbelt Release | | H |
| 345 | "David Reed" 10/22/2014 RE_ 1800 August Check(1) | | H |
| 346 | "Kim French" 10/22/2014 RE_ 1800 August Check(2) | | H |
| 347 | "David Reed" 10/22/2014 RE_ Milestones | | H |
| 348 | "David Reed" 10/22/2014 RE_ Milestones(1) | | H |
| 349 | "David Reed" 10/23/2014 RE_ Milestones(2) | | H |
| 350 | "David Reed" 10/23/2014 RE_ Milestones(3) | | H |
| 351 | "David Reed" 10/23/2014 RE_ Milestones(4) | | H |
| 352 | "Greg Schamberg" 10/24/2014 Invoices for Skilled Labor- Trillium | | H |
| 353 | "Dwight Hollifield" 10/24/2014 RE_ Milestones(5) | | H |
| 354 | "David Reed" 10/24/2014 RE_ (1) | | H |

| | | | | |
|---|---|---|---|---|
| 355 | "Bill Lawson" 10/27/2014 Re_ Statis of fixtures | | | H |
| 356 | "Dwight Hollifield" 10/29/2014 Re_ Fwd_ Attached Image    piece work sheet | | | H |
| 357 | "Ashley Stalma" 10/30/2014 RE_ Calvin Robinson | | | H |
| 358 | "Dwight Hollifield" 10/31/2014 New Doc 42 - Scanned by CamScanner        materi... | | | H |
| 359 | "Steve Lynk" 10/31/2014 RE_ New Doc 42 - Scanned by CamScanner        ma... | | | H |
| 360 | "Bill Lawson" 10/31/2014 Overtime | | | H |
| 361 | "David Reed" 11/1/2014 1800 West End Punch out Residence Inn Units 500... | | | H |
| 362 | "Steve Lynk" 11/1/2014 Re_ 5th floor punch | | | H |
| 363 | "Bill Lawson" 11/2/2014 Re_ 9th Floor Punch List | | | H |
| 364 | "Steve Lynk" 11/2/2014 5 th floor as of 11-2-14 | | | H |
| 365 | "Steve Lynk" 11/2/2014 Re_ _ | | | H |
| 366 | "Steve Lynk" 11/2/2014 RE_ Status | | | H |
| 367 | "Dwight Hollifield" 11/3/2014 New Doc 44 - Scanned by CamScanner            ... | | | H |
| 368 | "Bill Lawson" 11/5/2014 Fwd_ 78357 NASHVILLE | | | H |
| 369 | "David Reed" 11/6/2014 RE_ Gas meters | | | H |
| 370 | "Billy Lawson" 11/6/2014 FW_ Concrete patching | | | H |
| 371 | "Dwight Hollifield" 11/10/2014 New Doc 59 - Scanned by CamScanner    ductle ir... | | | H |
| 372 | "Steve Lynk" 11/11/2014 ductle-iron | | | H |
| 373 | "Ashley Stalma" 11/11/2014 RE_ Robert | | | H |
| 374 | "Don MacRae" 11/11/2014 Re_ Dishwashers | | | H |
| 375 | "David Reed" 11/12/2014 RE_ 6_ Double Backflow | | | H |
| 376 | "David Reed" 11/13/2014 RE_ Dishwashers | | | H |
| 377 | "Dwight Hollifield" 11/13/2014 Apartment in nashville | | | H |
| 378 | "Kristyn Newton" 11/13/2014 Change Request 014 | | | H |
| 379 | "Steve Lynk" 11/14/2014 Gas water heaters | | | H |
| 380 | "Steve Lynk" 11/14/2014 Gas meter | | | H |
| 381 | "Dwight Hollifield" 11/15/2014 New Doc 67 - Scanned by CamScanner        sump pu... | | | H |
| 382 | "Steve Lynk" 11/17/2014 Fwd_ ACCT16976.300 | | | H |

| | | | | |
|---|---|---|---|---|
| 383 | "Steve Lynk" 11/17/2014 Fwd_ 1800 WEST END AVE (1801 HAYES ST) | | | H |
| 384 | "Kim French" 11/17/2014 FW_ Mazzeo COI | | | H |
| 385 | "David Reed" 11/18/2014 PPI Continued Failures | | | H |
| 386 | "Kim French" 11/18/2014 FW_ Employee's tickets | | | H |
| 387 | "David Reed" 11/18/2014 Boiler start | | | H |
| 388 | "David Reed" 11/19/2014 RE_ Blending Valve inspection | | | H |
| 389 | "Bill Lawson" 11/19/2014 !800 Finishs | | | H |
| 390 | "Jorgo Kycyku" 11/19/2014 RE_ !800 Finishs | | | H |
| 391 | "Steve Byram" 11/19/2014 78507 NASHVILLE- SYMMONS TRIM | | | H |
| 392 | "Bill Lawson" 11/19/2014 Re_ Blending Valve inspection | | | H |
| 393 | "Jorgo Kycyku" 11/20/2014 RE_ 9th floor prefab tub_shower valve | | | H |
| 394 | "Steve Byram" 11/21/2014 RE_ S_O Confirmation 113678 Cust P_O 563-S14458... | | | H |
| 395 | "David Reed" 11/21/2014 RE_ 6_ Double Backflow(1) | | | H |
| 396 | "Bill Lawson" 11/22/2014 Re_ 6_ Double Backflow | | | H |
| 397 | "Jorgo Kycyku" 11/22/2014 RE_ Lies | | | H |
| 398 | "Jorgo Kycyku" 11/24/2014 Material Request | | | H |
| 399 | "Kim French" 11/24/2014 RE_ Check for Robert Muirhead | | | H |
| 400 | "Steve Byram" 11/24/2014 PEDESTALS | | | H |
| 401 | "Steve Byram" 11/24/2014 FW_ FW_ VITRA. | | | H |
| 402 | "David Reed" 11/24/2014 Boilers | | | H |
| 403 | "Steve Byram" 11/24/2014 78533 NASHVILLE | | | H |
| 404 | "Jorgo Kycyku" 11/24/2014 Item's to be completed | | | H |
| 405 | "Jorgo Kycyku" 11/24/2014 Material Request 1off 2 . | | | H |
| 406 | "Jorgo Kycyku" 11/24/2014 Material request 1off 2 | | | H |
| 407 | "Bill Lawson" 11/24/2014 Re_ Material request 1off 2 | | | H |
| 408 | "Steve Byram" 11/24/2014 speakman parts | | | H |

| | | | | |
|---|---|---|---|---|
| | diagram | | | |
| 409 | "Bill Lawson" 11/25/2014 Gas Heaters | | | H |
| 410 | "Steve Lynk" 11/25/2014 Softner | | | H |
| 411 | "Steve Byram" 11/25/2014 FW_ Bid S144698523 | | | H |
| 412 | "Steve Byram" 11/25/2014 78552 NASHVILLE | | | H |
| 413 | "Steve Lynk" 11/25/2014 Lochinvar | | | H |
| 414 | "David Reed" 11/26/2014 Declaration of Default | | | |
| 415 | "Steve Byram" 11/26/2014 78564 TWIN FLAGS | | | H |
| 416 | "Jorgo Kycyku" 12/1/2014 Item's to be completed (1) | | | H |
| 417 | "Steve Byram" 12/1/2014 FW_ Demand Mechanical Service Ticket #WO-0661 | | | H |
| 418 | "Jonathan.Ashton@Ferguson.com" 12/1/2014 RE_ 78563 NASHVILLE | | | H |
| 419 | "Bill Lawson" 12/1/2014 Re_ Gas regulators | | | H |
| 420 | "Bill Lawson" 12/2/2014 FW_ URGENT Kellogg & Kimsey | | | H |
| 421 | "Kim French" 12/3/2014 RE_ Check for Robert Muirhead(1) | | | H |
| 422 | "Anil Patel" 12/4/2014 Mail(4) | | | H |
| 423 | "Steve Lynk" 12/5/2014 Fwd_ Watts Water Softener @ 1800 West End | | | H |
| 424 | "Greg Schamberg" 12/6/2014 Items still waiting for PPI to install in guest... | | | H |
| 425 | "David Reed" 12/6/2014 FW_ Items still waiting for PPI to install in g... | | | H |
| 426 | "Steve Lynk" 12/8/2014 Fwd_ New Doc 98 - Scanned by CamScanner    ba... | | | H |
| 427 | "David Reed" 12/8/2014 FW_ 1800 West End Ave- Backflow Inspections | | | H |
| 428 | "Dwight Hollifield" 12/9/2014 Fwd_ FW_ 1800 West End Ave- Backflow Inspections | | | H |
| 429 | "Greg Schamberg" 12/9/2014 RE_ Washer Delivery | | | H |
| 430 | "Dwight Hollifield" 12/10/2014 Re_ Fwd_ STILL missing parts for the commerical... | | | H |
| 431 | "Bill Lawson" 12/10/2014 Re_ Now K&K is buying parts for PPI | | | H |
| 432 | "Bill Lawson" 12/12/2014 Fwd_ 78678 nashville | | | H |
| 433 | "Rick Crowell" 12/13/2014 FW_ New Doc | | | H |

| | | | | |
|---|---|---|---|---|
| | 106 - Scanned by CamScanner | | | |
| 434 | "David Reed" 12/24/2014 RE_ Progressive Plumbing | | | H |
| 435 | "Greg Schamberg" 12/31/2014 RE_ Need PPI help ASAP!  FW_ Ansul System Tie In | | | H |
| 436 | "David Reed" 1/9/2015 PPI Issues | | | H |
| 437 | "Billy Lawson" 1/9/2015 RE_ PPI Issues | | | H |
| 438 | "Billy Lawson" 1/12/2015 RE_ Marriott Mechainal inspections | | | H |
| 439 | "Bobbi Siferd" 1/21/2015 Progressive Plumbing, Inc.; Bond No_ D00000007 ... | | | H |
| 440 | "David Gurley" 2/4/2015 K&K_Progressive_Darwin National | | | H |
| 441 | "Kim French" 2/5/2015 FW_ Copy of 1800 West End Recap010715.xlsx | | | H |
| 442 | "Kristyn Newton" 2/5/2015 1800 Recap | | | H |
| 443 | "Dwight Hollifield" 2/9/2015 New Doc 149 - Scanned by CamScanner      extras | | | H |
| 444 | "Dwight Hollifield" 2/9/2015 New Doc 150 - Scanned by CamScanner      more e... | | | H |
| 445 | "David Gurley" 2/9/2015 RE_ K&K_Progressive_Darwin National | | | H |
| 446 | "Dwight Hollifield" 2/10/2015 Extras | | | H |
| 447 | "David Gurley" 2/11/2015 RE_ K&K_Progressive_Darwin National (1) | | | H |
| 448 | "David Gurley" 2/13/2015 Re_ K&K_Progressive_Darwin National | | | H |
| 449 | "Greg Schamberg" 2/16/2015 RE_ sewage back up in 2 SHS rooms | | | H |
| 450 | "Barber, Dennis" 2/16/2015 RE_ room matrix revenue management  2 16 15 (3)... | | | H |
| 451 | "Barber, Dennis" 2/16/2015 FW_ Flood 9120 | | | H |
| 452 | "Greg Schamberg" 2/17/2015 Major Plumbing Issues Narrative for Progressive... | | | H |
| 453 | "Greg Schamberg" 2/17/2015 Guest room pics of the rainwater leader damage | | | H |
| 454 | "Barber, Dennis" 2/17/2015 FW_ room matrix revenue management  2.16.15.xlsx | | | H |
| 455 | "Eugene Shuboy" 2/17/2015 Progressive Plumbing, Inc. - Bond No. D00000007... | | | H |
| 456 | "Greg Schamberg" 2/18/2015 RE_ Payment for restoration and repair at 1800 ... | | | H |
| 457 | "Greg Schamberg" 2/18/2015 RE_ Payment for restoration and repair at 1800 ...(1) | | | H |

| | | | | |
|---|---|---|---|---|
| 458 | "Greg Schamberg" 2/18/2015 Work order from ASDT, signed by PPI | | | H |
| 459 | "Greg Schamberg" 2/19/2015 FW_ Payment for restoration and repair at 1800 ... | | | H |
| 460 | "Greg Schamberg" 2/19/2015 FW_ rooms out of order and moisture removal | | | H |
| 461 | "Kim French" 2/19/2015 FW_ Allied World response to Kellogg & Kimsey's... | | | H |
| 462 | "Greg Schamberg" 2/19/2015 RE_ Timeline for repairs | | | H |
| 463 | "Greg Schamberg" 2/20/2015 Update on Room repairs | | | H |
| 464 | "Barber, Dennis" 2/20/2015 RE_ Update on Room repairs | | | H |
| 465 | "Anil Patel" 2/23/2015 FW_ Several More water damage rooms | | | H |
| 466 | "Greg Schamberg" 2/23/2015 RE_ Several More water damage rooms | | | H |
| 467 | "Greg Schamberg" 2/23/2015 More plumbing issues | | | H |
| 468 | "Greg Schamberg" 2/23/2015 FW_ More plumbing issues | | | H |
| 469 | "Greg Schamberg" 2/23/2015 RE_ Still no response from PPI insurance- Pleas... | | | H |
| 470 | "Kim French" 2/23/2015 RE_ More plumbing issues | | | H |
| 471 | "Greg Schamberg" 2/24/2015 RE_ room matrix revenue management  2.23.15.xlsx | | | H |
| 472 | "Greg Schamberg" 2/24/2015 RE_ room matrix revenue management  2.23.15.xlsx(1) | | | H |
| 473 | "Greg Schamberg" 2/24/2015 Shower damage not located in 6101    RE_ K and ... | | | H |
| 474 | "Bobbi Siferd" 2/24/2015 Progressive Plumbing, Inc.; Bond No_ D00000007 ...(1) | | | H |
| 475 | "Dwight Hollifield" 2/25/2015 New Doc 137 - Scanned by CamScanner    pictures | | | H |
| 476 | "Dwight Hollifield" 2/25/2015 New Doc 138 - Scanned by CamScanner    repaired... | | | H |
| 477 | "Dwight Hollifield" 2/25/2015 New Doc 141 - Scanned by CamScanner  time and m... | | | H |
| 478 | "Greg Schamberg" 2/26/2015 RE_ Remaining out of order | | | H |
| 479 | "Greg Schamberg" 2/26/2015 RE_ Remaining out of order(1) | | | H |
| 480 | "Billy Lawson" 3/2/2015 RE_ More plumbing issues, more drywall damage, ... | | | H |

| | | | | |
|---|---|---|---|---|
| 481 | "David Reed" 3/2/2015 RE_ Water damage Additional work | | | H |
| 482 | "Billy Lawson" 3/2/2015 RE_ Payment for Jeff Rudolph | | | H |
| 483 | "Greg Schamberg" 3/16/2015 Preliminary invoicing for MI Nashville water le... | | | H |
| 484 | "Bobbi Siferd" 3/19/2015 Kellogg Kimsey_Progressive Plumbing - Nashville... | | | H |
| 485 | "Kristyn Newton" 3/24/2015 1800 West End Contract Recap | | | H |
| 486 | "Kristyn Newton" 3/24/2015 1800 West End Sept Pay App 19 | | | H |
| 487 | "Kristyn Newton" 3/24/2015 1800 West End October Pay App 20 | | | H |
| 488 | "Kristyn Newton" 3/24/2015 1800 West End February Pay App 21 | | | H |
| 489 | "Kristyn Newton" 3/24/2015 1800 West End Retainage Pay App 22 | | | H |
| 490 | "Dwight Hollifield" 3/26/2015 Planter drains | | | H |
| 491 | "Bill Lawson" 3/27/2015 Re_ Added change orders | | | H |
| 492 | "Bill Lawson" 3/27/2015 Response To Added Change Orders | | | H |
| 493 | "Billy Lawson" 4/1/2015 RE_ Boiler room leak | | | H |
| 494 | "mschroeder@asdtrestoration.com" 4/2/2015 Invoice 9792 from A.S.D.T | | | H |
| 495 | "mschroeder@asdtrestoration.com" 4/2/2015 Invoice 9793 from A.S.D.T | | | H |
| 496 | "mschroeder@asdtrestoration.com" 4/2/2015 Invoice 9794 from A.S.D.T | | | H |
| 497 | "Gary King" 4/6/2015 send asap | | | H |
| 498 | "Barber, Dennis" 4/6/2015 FW_ FW_ invoices from water damages | | | H |
| 499 | "Greg Schamberg" 4/8/2015 RE_ Payment for restoration and repair at 1800 ...(2) | | | H |
| 500 | "Billy Lawson" 4/13/2015 RE_ RI eye wash station | | | H |
| 501 | "David Reed" 4/14/2015 PPI Outstanding Change Order Update | | | H |
| 502 | "Greg Schamberg" 4/15/2015 RE_ RI eye wash station(1) | | | H |
| 503 | "Michelle Schroeder" 4/16/2015 Fwd_ invoices from water damages | | | H |
| 504 | "Greg Schamberg" 5/18/2015 FW_ Invoices still outstanding for ASDT Restora... | | | H |

| | | | | |
|---|---|---|---|---|
| 505 | "Gary King" 5/20/2015 RE_ Invoices still outstanding for ASDT Restora... | | | H |
| 506 | "David Reed" 5/29/2015 RE_ Another room flooded  -  5013 | | | H |
| 507 | "Greg Schamberg" 5/29/2015 FW_ Another room flooded  -  5013 | | | H |
| 508 | "David Reed" 5/29/2015 RE_ Another room flooded  -  5013(1) | | | H |
| 509 | "Kim French" 5/29/2015 RE_ Another room flooded  -  5013(2) | | | H |
| 510 | "Kim French" 6/1/2015 RE_ 5013 | | | H |
| 511 | "Keating, James" 6/3/2015 RE_ K&K_Progressive_Darwin National (2) | | | H |
| 512 | "David Reed" 6/9/2015 RE_ Claim # 0003403 - Progressive Plumbing, Inc... | | | H |
| 513 | "Billy Lawson" 6/25/2015 FW_ Major Plumbing Issues Narrative for Progres... | | | H |
| 514 | "Kim French" 6/29/2015 Re_ 6003 Flood | | | H |
| 515 | "Keating, James" 8/6/2015 Allied World - letter to Kellogg & Kimsey re di... | | | A |
| 516 | Photographs (Depo Ex. 48 – 54) | | | A |
| 517 | Photographs (Composite) | | | A, NP |
| 518 | 01/08/2015 Kellogg & Kimsey listing of Progressive Plumbing Payments from 05/9/2013 to 10/22/2014 (Depo Ex. 67) | | | H |
| 519 | 10/01/2012 Supplementary Conditions to Prime Contract (Depo Ex. 115) | | | |
| 520 | Kellogg & Kimsey, Inc. Submittal Record Sheet (K&K 011245-50) (Depo Ex. 119) | | | |
| 521 | Kellogg & Kimsey, Inc.'s Proof of Claim as to Debtor, Progressive Pluming, Inc. (Depo Ex. 127) | | | H, Pleading & not evidence |
| 522 | 12/10/2015 Indemnity Agreement between Ace & K&K (K&K023195-96) (Depo Ex. 144) | | | |
| 523 | 12/28/2012 Evidence of Commercial Property Insurance (K&K024596-97) (Depo Ex. 152) | | | |
| 524 | Kellogg & Kimsey, Inc. Superintendent's Daily Reports Date Range 01/28/2013 to 05/01/2015 (Depo Ex. 176) | | | |
| 525 | 04/13/2015 and 05/18/2015 Kellogg & Kimsey, Inc. Job Cost & Billing Detail Bates stamped K&K 012624 – K&K 012630 (Depo Ex. 178) | | | H |
| 526 | 11/11/2016 Kellogg & Kimsey, Inc. Memo | | | H |

| | | | |
|---|---|---|---|
| | titled "Narrative of PPI induced Building Department delays" (Depo Ex. 179) | | |
| 527 | Withdrawn | | |
| 528 | 01/25/2013 Contractors Applications and Certification for Payments from Kellogg & Kimsey, Inc. to Ace Hospitality, Inc. and General Contractor's Affidavits ( Conditional Final Waiver of Lien and Partial Waiver of Lien). Documents are Bates stamped K&K 021558 to K&K 021893) (Depo Ex. 181) | | |
| 529 | Kellogg & Kimsey, Inc. Superintendent's Daily Reports, Date Range 04/03/2013 to 04/24/2015 (Depo Ex. 188) | | |
| 530 | Sub-Contractor Meeting Notes and Sign In sheets, Date Range 05/07/2013 to 10/22/2014 (Depo Ex. 189) | | |
| 531 | Progressive Plumbing Daily Reports (date range 09/03/2013 to 02/21/2014) Correspondence from Scott Bouchard to Anil Patel re: Sample Room Observation (dated 06/18/2014) and  Kellogg & Kimsey, Inc. log pages (Depo Ex. 191) | | H |
| 532 | ASDT Recap and Billing, Springhill Suites/Residence Inn with labor reports (Depo Ex. 192) | | H |
| 533 | 02/21/2015ASDT Recap and Billing, SpringHill Suites with labor reports (Depo Ex. 200) | | H |
| 534 | 12/02/2014 Letter from James Keating/Allied World Assurance Company to Kellogg & Kimsey, Inc. re: Claim No.: 2014022180 (K&K012632-41) (Depo Ex. 214) | | |
| 535 | 8/12/15 and 9/17/2015 Law office detailed billing from Gullett, Sanford, Robinson & Martin, LLC to ACE Hospitality, Inc. (Depo Ex. 219) | | A, H |
| 536 | Labor Finders Customer Account Summary from 09/26/2007-11/07-2014 (Depo Ex. 253) | | A, H |
| 537 | Withdrawn | | |
| 538 | Composite Damages Exhibit | | H, R, BE |
| 539 | Damage summary sheet | | H, R, BE |
| 540 | ASDT Invoices and Proof of Payment | | |
| 541 | Tradesmen lien and Notice of Recording Payment Bond | | A, H |
| 542 | Trillium Invoices, Proof of Payment and A/P History Report | | A, H |

| | | | | |
|---|---|---|---|---|
| 543 | Hospitality Invoices and proof of payment | | | |
| 544 | United Rental Invoices, Kimbro Oil Invoices, Breakdown of Skid steer group use and proof of payment | | | A, H |
| 545 | Transfac Capital Invoices and proof of payment | | | A, H |
| 546 | Metro Nashville Invoices with attached proof of payment | | | A, H |
| 547 | K&K Narrative for labor costs associated with patching concrete decks | | | H |
| 548 | Tile Pro Change Order, Payment Application and Proof of Payment | | | H |
| 549 | Eastern Change Order, Pay App and Proof of Payment | | | A |
| 550 | K&K Narrative of labor and materials cost for drywall and cabinet repair | | | H |
| 551 | K&K Narrative of labor and materials for paint and vinyl wall covering repair with invoices and proof of payment for Charlie Irwin painting. | | | H |
| 552 | Acousti Engineering Change Order, Pay App and Proof of Payment | | | A, H |
| 553 | K&K Narrative for labor and materials for drying rooms with invoices for united rentals carpet blowers and proof of payment | | | H |
| 554 | All Shores Change Order, Pay App and Proof of Payment | | | A, H |
| 555 | MPL Invoices and Proof of Payment | | | A, H |
| 556 | Georgia Air Change Order, Pay App and Proof of Payment | | | A, H |
| 557 | Ace/K&K Indemnity Agreement for Progressive & ASDT, K&K Billing Summary for Ace as backup for Indemnification fees to Owner | | | |
| 558 | Billing Summary and Proof of Payments to Progressive | | | H, R |
| 559 | Complaint from Progressive v. K&K and Ace in Tennessee | | | |
| 560 | Certified copies of Notice of Recording Payment Bond Tradesmen International | | | A, NP |
| 561 | Original copies of Payment & Performance Bonds | | | |
| 562 | Withdrawn | | | A, NP |
| 563 | Video files | | | A, NP |
| 564 | Labor Finders Third Party Production | | | H, A |
| 565 | MPL Third Party Production | | | H, A |

| 566 | Trillium Third Party Production | | | H, A |
|---|---|---|---|---|
| 567 | Any exhibit listed by opposing parties which is not objected to by K&K | | | NA |
| 568 | Any exhibit required for impeachment or rebuttal | | | NA |
| 569 | Withdrawn | | | |
| 570 | Withdrawn | | | |
| 571 | Withdrawn | | | NP |
| 572 | 2015.07.30 Email Shuboy to Sasso, Cohen, Dunn, Gurley and Siferd (with attached email chain) forwarding 2015.07.30 from Kim French Re: Update Water Supply Lines | | | H, NP |
| 573 | 2015.08.25 Email Gurley to Cohen, Shuboy and Schusteritsch (with attached email chain) re: Kellogg/Allied x 2631 (courtesy copy to Judge | | | H, NP |
| 574 | 2015.07.29 Email Gurley to Sasso, Cohen, Dunn and Shuboy (with attached email chain) RE: 1800 West End Hotel Project/Nashville, TN/Progressive Plumbing/Allied World Specialty | | | H, NP |
| 575 | 2016.01.21 Email Cohen to Gurley, Hall, Nardella,  ( with attached email chain) Re: United Specialty Release for 133k pending payment. | | | H, NP |
| 576 | 2016.01.06 Email Gurley to Cohen, Breen and Schusteritsch (with attached email chain) FW: Progressive Plumbing, Inc., Debtor. | | | H, NP |
| 577 | 2016.03.09 Email Gurley to Cohen, Breen and Schusteritsch Re: Allied's Denial of ASDT's payment bond claim. | | | H, NP |
| 578 | 2016.02.18 Email Gurley to Cohen and Breen (with attached email chain) Re: Kellogg/Allied/ASDT. | | | H, NP |
| 579 | Withdrawn | | | H |
| 580 | 2015.02.11 Email Shuboy to Green ( with attachments and email chain) FW; K&K/Progressive/Darwin National | | | H, NP |
| 581 | 2015.06.02 Shuboy email to Keating and Siferd re :K&K/Progressive/Darwin National | | | H, NP |
| 582 | 2015.02.19 Email Gurley to French, Colby(with attachments) re : Allied World response to Kellogg & Kimsey's attorneys letter | | | H |
| 583 | 2015.06.01 Email from French to Reed, barber, Viola, Keating, Fry, Kimsey, Gurley | | | H |

| | | | | |
|---|---|---|---|---|
| | and Shuboy (with attached email chain) Re: 5013 | | | |
| 584 | 2015.06.02 Email Shuboy to Keating and Siferd re: K&K/Progressive/Darwin National | | | H |
| 585 | Withdrawn | | | Objection* |
| 586 | Withdrawn | | | Objection |
| 587 | Withdrawn | | | Objection |
| 588 | Withdrawn | | | H, Objection |
| 589 | Withdrawn | | | Objection |
| 590 | Withdrawn | | | H, Objection |
| 591 | Withdrawn | | | Objection |
| 592 | Withdrawn | | | Objection |
| 593 | Withdrawn | | | Objection |
| 594 | Withdrawn | | | H, Objection |
| 595 | Withdrawn | | | Objection |
| 596 | Withdrawn | | | Objection |
| 597 | Withdrawn | | | Objection |
| 598 | Withdrawn | | | Objection |
| 599 | Withdrawn | | | Objection |
| 600 | Withdrawn | | | Objection |
| 601 | Withdrawn | | | H, Objection |
| 602 | Withdrawn | | | Objection |
| 603 | Withdrawn | | | Objection |
| 604 | Withdrawn | | | Objection |
| 605 | Withdrawn | | | Objection |
| 606 | Withdrawn | | | Objection |
| 607 | Withdrawn | | | Objection |

*All deposition transcripts objected to except as previously designated.


Allied states that it  has not had a full opportunity to review K&K exhibits, but asserts some general objections, which it reserves the right to revise:

•        Object to all documents where the witness/author is not present at trial and the document was not authenticated at the witness/author's deposition and cannot otherwise be authenticated

•        Object to all that would be offered through a records custodian that are not business records

- Other objections based on the evidence code