

x Aerial Photography, Inc.
le TN  615-255-2000









Case 6:17-ap-00044-KSJ   Doc 730-4   Filed 09/22/16   Page 6 of 41









05.30.2014 08:06



05.30.2014 08:15



9/20/2018

©13 Phoenix Aerial Photography, Inc.
Nashville TN 615-255-2000



9/20/2018

©14 Phoenix Aerial Photography, Inc.
Nashville, TN 615-255-2000



9/20/2018



9/20/2018









9/20/2018

























09/18/2013



09/30/2013





















9/20/2018